UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60130-CR-MORENO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

GARY N. PARKER,

       Defendant.
_____/

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

THE COURT appoints the Federal Public Defender's Office to represent the defendant in the above styled cause on defendant's pro se motion for compassionate release **[D.E. #370]**.

DONE and ORDERED in Miami-Dade County Florida this 22nd day of September 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record