UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-60130-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GARY PARKER,

    Defendant.

_____/

## NOTICE REGARDING DEFENDANT'S REQUEST FOR HOME CONFINEMENT AND COMPASSIONATE RELEASE

Comes now the Defendant, GARY PARKER, and hereby files this Notice with the Court regarding his request for transfer to home confinement with the Bureau of Prisons and his motion for compassionate release with the Court.

On or about September 23, 2020 this Honorable Court appointed the Office of the Federal Public Defender to assist Mr. Parker with his pro se request for compassionate release (DE 376).

According to the Government, the defendant was approved by the Bureau of Prisons for release to home confinement under the Elderly Offender Program but was unable to be released due to not having a verifiable home address (DE 375:2).

On October 7, 2020, defense counsel spoke with the defendant, who confirmed the above. Moreover, the defendant advised that he now had a verifiable home address and had recently resubmitted his request for home confinement with the Warden at Memphis FCI. Defense counsel has further verified such with the defendant's counselor at Memphis FCI. Accordingly, the parties are awaiting a decision by the Bureau of Prisons as to whether the address provided by the defendant meets their criteria for release to home confinement.

Defense counsel has consulted with AUSA Lanigan regarding the status of the pending motion on two separate occasions and the parties are working toward a joint resolution. Defense counsel has further consulted with the defendant's family and needs additional time (if necessary) to file a supplemental motion for compassionate release on behalf of Mr. Parker.

Respectfully submitted,

**MICHAEL CARUSO**
**FEDERAL PUBLIC DEFENDER**

By:   */s/ Christian Dunham*
Assistant Federal Public Defender
Florida Bar No.: 146587
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 533-4177
E-mail: christian_dunham@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 8, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Christian Dunham*