UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-60130-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GARY PARKER,

    Defendant.
    _____/

## NOTICE OF STRIKING DOCKET ENTRY NO. 379

Defendant Gary Parker by and through undersigned counsel hereby files this Notice of Striking Docket Entry No. 379, which was inadvertently filed by the Defendant.

**MICHAEL CARUSO**

**FEDERAL PUBLIC DEFENDER**

By:   */s/ Christian Dunham*
      Assistant Federal Public Defender
      Florida Bar No.: 146587
      150 W. Flagler Street, Suite 1700
      Miami, Florida 33130-1556
      Tel: (305) 533-4177
      E-mail: christian_dunham@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Christian Dunham*