UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-60130-CR-MORENO

UNITED STATES OF AMERICA,

 Plaintiff,

vs.

GARY PARKER,

 Defendant.
_____/

**NOTICE OF COMPLIANCE OF ADMINISTRATIVE ORDER**

 The Defendant, Gary Parker, Registration No. 76593-098, by and through his undersigned counsel hereby files this notice of compliance with exhibit of notice to Warden dated March 24, 2020.

         **MICHAEL CARUSO**

         **FEDERAL PUBLIC DEFENDER**

    By: */s/ Christian Dunham*
      Assistant Federal Public Defender
      Florida Bar No.: 146587
      150 W. Flagler Street, Suite 1700
      Miami, Florida 33130-1556
      Tel: (305) 533-4177
      E-mail: christian_dunham@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Christian Dunham*