TRULINCS 76593098 - PARKER, GARY N - Unit: MLL-C-D

-----------------------------------------------------------------------------------------------------

FROM: 76593098
TO: Warden
SUBJECT: ***Request to Staff*** PARKER, GARY, Reg# 76593098, MLL-C-D
DATE: 03/24/2020 02:02:51 PM

To: A.M. Owens
Inmate Work Assignment: Rec

Warden:

I will be 73 years old in two weeks. In 2016 I was diagnosed with skin cancer and received an operation. I have completed 13 years of a 20 year sentence for Wire Fraud and other non-violent white collar offenses. I have absolutely no violence or weapon offenses in my past which can be verified in my PSI. Due to the Coronavirus Pandemic, for which I am at a high probability of being exposed to resulting in death, I am requesting that you submit me for early release under the Compassionate Release provision of the First Step Act. Thank-you for your attention to this matter.