| | |
|---|---|
| **From:** | Annie Ezell-Williams |
| **To:** | Lanigan, Tom (USAFLS) |
| **Subject:** | Re: FW: Parker |
| **Date:** | Wednesday, May 19, 2021 3:26:07 PM |

The process that they take for Compassionate Release is to first address concern with their Unit Team. The process is to put their concerns on a inmate to staff cop-out. Once they get the response and if they are not satisfied with the response, they move to the Administration Remedy process. They start with a BP-8n(response back from the Unit Manager), if they are not satisfied with this then they move to the BP-9 in which this response is from the Warden. Once they get the response back from the warden they can file the form attached directly with the courts. The attachment section II advise about the remedy process. Hope this helps.

Mrs. Annie Ezell-Williams
FCI (SPC) Memphis
Camp Case Manager
Alternate CMC /Alternate DHO
6696 Navy Road
Millington, Tennessee 38053
901-872-2277 or 901-873-8549


>>> "Lanigan, Tom (USAFLS)" <Tom.Lanigan@usdoj.gov> 5/19/2021 12:46 PM >>>
Can you please look at this. Would it qualify per prison rules as admin notice??

From: Christian Dunham <Christian_Dunham@fd.org>
Sent: Wednesday, May 19, 2021 9:31 AM
To: Lanigan, Tom (USAFLS) <TLanigan@usa.doj.gov>
Subject: RE: Parker

Tom,

Here is a copy of the email he sent to the Warden on March 24, 2020 requesting compassionate release.

Christian

From: Lanigan, Tom (USAFLS) <Tom.Lanigan@usdoj.gov<mailto:Tom.Lanigan@usdoj.gov>>
Sent: Wednesday, May 19, 2021 6:28 AM
To: Christian Dunham <Christian_Dunham@fd.org<mailto:Christian_Dunham@fd.org>>
Subject: Fwd: Parker

Fyi
Sent from my iPhone

Begin forwarded message:
From: Annie Ezell-Williams

<AEzellWilliams@bop.gov<mailto:AEzellWilliams@bop.gov>>
Date: May 18, 2021 at 6:01:27 PM EDT
To: "Lanigan, Tom (USAFLS)"
<TLanigan@usa.doj.gov<mailto:TLanigan@usa.doj.gov>>
Subject: RE: Parker
Hi, sorry, the power went out, but there is no paperwork that he filed
with the warden.

Mrs. Annie Ezell-Williams
FCI (SPC) Memphis
Camp Case Manager
Alternate CMC /Alternate DHO
6696 Navy Road
Millington, Tennessee 38053
901-872-2277 or  901-873-8549


"Lanigan, Tom (USAFLS)"
<Tom.Lanigan@usdoj.gov<mailto:Tom.Lanigan@usdoj.gov>> 5/18/2021 12:19 PM

Hi, any luck checking if PARKER filed a COP out or anything for Compassionate release??

From: Annie Ezell-Williams
<AEzellWilliams@bop.gov<mailto:AEzellWilliams@bop.gov>>
Sent: Monday, May 17, 2021 5:34 PM
To: Lanigan, Tom (USAFLS)
<TLanigan@usa.doj.gov<mailto:TLanigan@usa.doj.gov>>
Subject: Parker

Hi,

so back in 2018 he filed a clemency.  I will double check with the aw secretary and just verify that he didn't file a admin remedy..

Mrs. Annie Ezell-Williams
FCI (SPC) Memphis
Camp Case Manager
Alternate CMC /Alternate DHO
6696 Navy Road
Millington, Tennessee 38053
901-872-2277 or  901-873-8549