

# Midway
## REHABILITATION CENTER
*The path to change*

1515 Magnolia Avenue
P.O. Box 3364
Knoxville, TN 37927
(865) 522-0301 Phone
(865) 522-6394 Fax

05/12/2021

My name is Lucinda Bailey. I am a Case Manager/Counselor at Midway Rehab Center. Mr. Gary Parker is my client. He entered the program on 12/17/2020. He was placed on Home Confinement the day he arrived. Mr. Parker resides alone at ~~111 Village Dr. Apt. 1 Greenville TN 37745~~; his phone number is (~~423) 371-1774~~.

Mr. Parker is under a 24-hour monitoring system. The accountability strategy for the resident section at Midway Rehab Center include that all individuals are on EM are checked once per DO shift for accountability as well as Midway has an accountability compliance manager that verifies individuals went to the locations they were approved to go weekly.

Mr. Parker has a 4 hour pass every other week to do personal things in the community. Mr. Parker has Veteran Benefits and can go to all medical appointments with minimal restrictions. Mr. Parker returns to the Center every other week for a drug screen and a session with this counselor. Mr. Parker has passed all drug screens to date. Mr. Parker has no incident reports to date. Mr. Parker is compliant with the rules and regulations at Midway.

There are 2 levels of change that will happen when Covid is lifted. Mr. Parker will have a 4-hour pass every week and he will be required to return to the Center every week.

Warmly,
*Lucinda Bailey*
lucinda@askmidway.com
Counselor/Case Manager
P. 865-522-0301 Ext. 28
F. 865-522-6394