**Midway Rehabilitation Center**                                                                 **Updated: 7-17-2020**

## Home confinement Guidance Sheet for Clients

The below are highlights of requirements while on home confinement. These are not all the requirements and is subject to change at any time without notice. Clients must comply with these and all Midway's (MRC) requirements. If clients do not comply, they may be subject to loss of privileges, incident reports, returning to the Midway, being removed from the program completely, and/or returning to an institution. If there are any questions now or in the future, clients are to contact their counselor during their business hours. DO NOT CALL ANY COUNSELOR AFTER HOURS. If this question cannot wait until they return, contact the first-floor duty office (865) 637-1555.

1. Phone requirements
   - Must have a working phone (Can be a cell or landline)
   - Must have minutes
   - Must have reception
   - Must have long distance
2. Movement in the Community / Schedules requirements
   - Must have all schedules approved by your Counselor
   - Must not be late returning from schedules
     - If client is tardy, they will be placed on a behavioral contract. If 2 additional tardies occur in a 30-day span, incident report(s) will be issued, and you may be subject to return to Midway and/or be removed from MRC
   - Must get all doctor's appointments and prescriptions approved (even if clients self-pay)
   - Must return to the facility after Dr. Robertson's appointments to drop off paperwork
3. Accountability requirements
   - By Phone
     - Must answer incoming calls from Midway 24/7
     - Must call Midway (865) 637-1555 when leaving AND returning home
   - Electronic Monitoring (EM) - Must always follow EM procedures
4. Privileges
   - Able to request 4 hours personal time every other week to approved location(s) subject to change under current pandemic
5. Returning to Midway / Weekly Meeting requirements
   - Must return to Midway (upon request) at any time or immediately for any reason which includes the following but not limited to:
     - Meeting with a Staff Member
     - Urine Screen
     - Pill Count(s)
   - Must attend weekly meetings (some may be conducted by phone or in person)
   - Must have a ride or vehicle available at any time