BP-A0460.073  
JUL 08  
U.S. DEPARTMENT OF JUSTICE

**CONDITIONS OF HOME DETENTION**   CDFRM

FEDERAL BUREAU OF PRISONS

| Resident Gary Parker | Register Number 76593-089 |
|---|---|

I understand that my placement on Home Detention status is a privilege which may be revoked by the Community Corrections Manager (CCM). I understand that any violation of Home Detention Conditions, or conduct or activity which reflects a disregard for the rights of others, shall be sufficient cause to revoke my Home Detention and/or terminate my Residential Re-Entry Center (RRC) program participation

I understand and agree to abide by the following conditions during my period of Home Detention:

1. I will reside at my approved residence at ~~670 Oregon Trail Greeneville, TN 37743~~ 88 Hwy 307, Niota, TN 37826.

2. I will conduct myself in a lawful manner.

3. I will accept phone calls from RRC/Probation Staff, verifying my presence at my home and at my job site. I agree to maintain a telephone at my place of residence without "call forwarding," or "three-way calling" for this period and will, when requested, provide copies of my telephone bill to the Center/Probation staff. I also agree that if my confinement is to be electronically monitored, I will wear any electronic monitoring device required, follow procedures specified, and comply with any telephone and computer access restrictions as they apply to the monitoring device requirements.

4. I will accept the visits of RRC/Probation personnel to my job site and home.

5. I will return to the RRC/Probation at least __Twice__ ~~weekly~~ Month for routine progress reviews and program participation, and more often if instructed to do so.

6. I understand I must continue mental health/psychiatric treatment, substance abuse treatment, sex offender treatment while on Home Detention.

7. I will not own or possess any deadly weapon or knowingly be in the company of a person possessing the same.

8. I will remain steadily employed at __TBD__ and will not change employment without prior approval of RRC/Probation staff.

9. I will not knowingly associate with persons having a criminal record, nor frequent places where illegal activities are conducted.

10. I will not drink alcoholic beverages of any kind; nor will I enter any establishments, such as bars or liquor stores, where the sale and/or consumption of alcoholic beverages on the premises is the primary business of the establishment.

11. Except as medically authorized, I will not use or possess narcotics, or other controlled substances, nor be in the presence of persons possessing the same.

12. I agree that during the Home Detention period, I will remain at my place of residence, except for employment, unless I am given specific permission to do otherwise.

13. I will not own or drive a motor vehicle without proper authorization.

14. I will abide by special instructions given to me by the RRC/Probation, e.g., electronic monitoring program participation.

15. I will submit to urinalysis or alcohol testing as requested by the RRC/Probation. I understand that ingestion of poppy seed food products may result in positive test results for unauthorized drug use and is therefore prohibited.

16. I agree to pay subsistence for the cost of my participation in Home Detention.

17. I understand that I am personally responsible for all costs of my housing, meals, and general subsistence, while I am on Home Detention.

I fully understand that willful failure to report as required, unauthorized change of residence, employment, or failure to otherwise inform Center staff of my whereabouts, could constitute an escape from federal custody.

| Resident's Signature | _[signed]_ | Date | |
|---|---|---|---|
| Approved (RRC Director) | _Monica Ellery_ | | |
| Approved (CCM) | _[signed]_ | | 5/8/20 |

Record Copy - To CCM - Community Corrections Manager; Copy - To RRC - Residential Re-Entry Center; Copy - To USPO - U.S. Probation Officer

*(This form may be replicated via WP)*   Replaces BP-460(73) of DEC 93