PROB 12B  
(SD/FL 1/21)

SD/FL PACTS No. 88699

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 06-60130-CR-MORENO

**Request for Modifying the Conditions or Term of Supervision**
**With Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Gary N. Parker

Name of Sentencing Judicial Officer: The Honorable Federico A. Moreno, United States District Judge, Miami, Florida

Date of Original Sentence: July 19, 2007

| | |
|---|---|
| Original Offense: | Count 1: Conspiracy to commit mail and wire fraud, in violation of Title 18, U.S.C. § 371, a Class D felony. |
| | Count 3: Wire fraud, in violation of Title 18 U.S.C. § 1343, a Class C felony. |
| | Count 2; 4-19; 21-24; 28; 31-34: Wire fraud, in violation of Title 18 U.S.C. § 1343, a Class C felony. |
| | Count 20: Wire fraud, in violation of Title 18 U.S.C. § 1343, a Class C felony. |
| | Count 36: Wire fraud, in violation of Title 18 U.S.C. § 1343, a Class C felony. |
| | Count 38: Conspiracy to commit money laundering, in violation of Title 18 U.S.C. § 1956(h), a Class C felony. |
| | Count 39-50: Money laundering, in violation of Title 18 U.S.C. § 1956(A)(1)(a)(I), a Class C felony. |
| | Count 51: Conspiracy to impede the Internal Revenue Service, in violation of Title 18 U.S.C.§ 371, A Class D felony. |
| Original Sentence: | Two hundred forty (240) on Count 2-24, 28,31-34,36-38-50, and 60 months to count 1 and 51 to run concurrently; followed by three (3) years of supervised release. A $4,400.00 special assessment and $1,824,137.00 were ordered. |

Type of Supervision: Supervised Release    Date Supervision Commenced: May 17, 2023

PROB 12B                                                                  SD/FL PACTS No. 88699
(SD/FL 1/21)

## PETITIONING THE COURT

☐        To extend the term of supervision for _____ years, for a total term of _____ years.
☒        To modify the conditions of supervision as follows:

**The defendant shall submit his or her person, property, house, vehicle, papers, [computers (as defined by 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office to a search conducted by a United States probation officer or designee. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**

**The defendant shall provide the probation officer with access to any requested financial information.**

**The defendant shall not incur new credit charges on existing accounts or apply for additional lines of credit without permission of the probation officer until the restitution has been paid in full. In addition, the defendant shall not enter into any contractual agreements which obligate funds without the permission of the probation officer.**

## CAUSE

On May 17, 2023, the defendant began his term of Supervised Release in the Eastern District of Tennessee.

According to Katie Walker, United States Probation Officer in the Eastern District of Tennessee, the defendant has established social support with his family and has a stable residence. The defendant has no ties to the Southern District of Florida. As a result, they are requesting Transfer of Jurisdiction to address any potential non-compliant behavior in an expedited manner.

As part of the Transfer of Jurisdiction, they are requesting Your Honor modify the conditions of supervised release to include a search condition, a financial disclosure condition and a no new debt condition. This condition will assist the Eastern District of Tennessee in properly supervising the defendant and lower the probability of recidivism. The defendant was presented with the special conditions and has not objected to the proposed modification. The defendant signed the attached *Waiver of Hearing to Modify Conditions of Supervised Release,* thus agreeing to the modification as stated above.

PROB 12B                                                                                SD/FL PACTS No. 88699
(SD/FL 1/21)

**RECOMMENDATION:** It is respectfully recommended Your Honor modify the conditions of supervised release as mentioned above and sign the attached *Transfer of Jurisdiction* (Probation Form 22) to the Eastern District of Tennessee.

                                                      Respectfully submitted,

by: *Jason Roberts* (signature)

Jason Roberts
United States Probation Officer
Office: 305-523-5435
Cellular: 305-742-1253
Date: June 20, 2023

---

THE COURT ORDERS:

☐   No Action
☒   The Modification of Conditions as Noted Above *FPM*
☐   Submit a Request for ☐ Warrant or ☐ Summons

_____
Signature of Judicial Officer

Date: June 26, 2023