| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 06-60130-CR-MORENO |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:23-CR-97 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE Gary N. Parker 111 Village Drive Apartment 1 Greeneville, Tennessee 37745 | DISTRICT Southern District of Florida | DIVISION Miami |
|---|---|---|
| | NAME OF SENTENCING JUDGE Federico A. Moreno | |
| SD/FL PACTS NO.: 88699 | DATE OF SUPERVISED RELEASE | FROM 05/17/2023 — TO 05/16/2026 |

Count 1: Conspiracy to commit mail and wire fraud, a violation of Title 18, U.S.C. § 371, a Class D felony.
Count 3: Wire fraud, a violation of Title 18 U.S.C. § 1343, a Class C felony.
Count 2; 4-19; 21-24; 28; 31-34: Wire fraud, a violation of Title 18 U.S.C. § 1343, a Class C felony.
Count 20: Wire fraud, a violation of Title 18 U.S.C. § 1343, a Class C felony.
Count 36: Wire fraud, a violation of Title 18 U.S.C. § 1343, a Class C felony.
Count 38: Conspiracy to commit money laundering, a violation of Title 18 U.S.C. § 1956(h), a Class C felony.
Count 39-50: Money laundering, a violation of Title 18 U.S.C. § 1956(A)(1)(a)(I), a Class C felony.
Count 51: Conspiracy to impede the Internal Revenue Service, a violation of Title 18 U.S.C.§ 371, A Class D felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

**IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised release named above be transferred with the records of this Court to the United States District Court for the <u>Eastern District of Tennessee</u> upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_June 26, 2023_
Date

_United States District Judge_
Federico A. Moreno

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

   **IT IS HEREBY ORDERED** that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_July 24, 2023_
Effective Date

_United States District Judge_