2255

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
## CRIMINAL DOCKET FOR CASE #: 0:06–cr–60130–FAM–2

Case title: USA v. Parker, et al

Date Filed: 04/27/2006

Date Terminated: 07/20/2007

Assigned to: Judge Federico A. Moreno

Appeals court case number:
'07–13578–G' 'USCA'

**Defendant (2)**

| | | |
|---|---|---|
| **Gary N. Parker**<br>*TERMINATED: 07/20/2007* | represented by | **Noticing FPD–MIA**<br>305–530–7000<br>Email: MIA_ECF@FD.org<br>*TERMINATED: 09/25/2020*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender Appointment* |

**Gregory Alan Prebish**
P.O. Box 6923
Jackson, WY 83002
307 699–3964
Email: jhlaw@bresnan.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Marc David Seitles**
Seitles & Litwin, P.A.
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, FL 33128
305–403–8070
Fax: 305–403–8210
Email: mseitles@seitleslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Christian Scott Dunham**
Christian Dunham, P.A.
150 West Flagler Street

1

Miami, FL 33130
305 530–7000
Fax: 305 536–4559
Email: christian_dunham@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371.P CONSPIRACY TO DEFRAUD THE UNITED STATES (1s) | 60 months imprisonment (all counts to run concurrent)Supervised Release – 3 years. |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (2s–20s) | 240 months imprisonment (all counts to run concurrent)Supervised Release – 3 years. |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (21s–24s) | |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (25s–27s) | |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (28s) | |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (31s–34s) | |
| 18:1341.F FRAUDS AND SWINDLES (36s) | |
| 18:1341.F FRAUDS AND SWINDLES (37s) | |
| 18:1956–3300.F MONEY LAUNDERING – INTERSTATE COMMERCE/FORFEITURE 18:982 (38s) | |
| 18:1956–3300.F MONEY LAUNDERING – INTERSTATE COMMERCE (39s–48s) | |
| 18:1956–3300.F MONEY LAUNDERING – INTERSTATE COMMERCE (49s–50s) | |
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES | |

(51s)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | Dismissed. |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (2–31) | |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (29s–30s) | |
| 18:1341.F FRAUDS AND SWINDLES (32–33) | |
| 18:1956–7477.F LAUNDERING OF MONETARY INSTRUMENTS (34) | |
| 18:1956–7477.F LAUNDERING OF MONETARY INSTRUMENTS (35–46) | |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (35s) | |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Claimant**

**Ainsworth Whyte**

**Claimant**

**Hamley Case**

**Claimant**

**Eusion International Ltd**

---

**Claimant**

**Marquee Cinemas**

---

**Claimant**

**Marc Schilling**

---

**Claimant**

**Robert Aston Wenham**

---

**Plaintiff**

**USA**                    represented by   **Thomas Lanigan**
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33301−3002
954−356−7255
Fax: 356−7230
Email: tom.lanigan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mitchell Bober**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
202−305−2043
Fax: 202−514−0961
Email: mitchell.s.bober@usdoj.gov
*ATTORNEY TO BE NOTICED*

**William C. Healy**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305−961−9438
Fax: 305−536−7599
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 04/27/2006 | 4 | INDICTMENT as to Robert W. Parker (1) count(s) 1, 2–31, 32–33, 34, 35–46, Gary N. Parker (2) count(s) 1, 2–31, 32–33, 34, 35–46, Hope K. Rocillo (3) count(s) 1, 2–31, 32–33, 34, 35–46, Edward J. Annis (4) count(s) 1, 2–31, 32–33, 34 (Criminal Category 3) Magistrate Judge Andrea M. Simonton (nt, Deputy Clerk) (Entered: 05/23/2006) |
|---|---|---|
| 04/27/2006 | 1 | Sealed Document Tracking Form as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis (nt, Deputy Clerk) (Entered: 05/23/2006) |
| 04/27/2006 | 2 | MOTION by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis to seal indictment (nt, Deputy Clerk) (Entered: 05/23/2006) |
| 04/27/2006 | 3 | ORDER as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis granting [2–1] motion to seal indictment as to Robert W. Parker (1), Gary N. Parker (2), Hope K. Rocillo (3), Edward J. Annis (4) ( Signed by Magistrate Barry S. Seltzer on 4/27/06) [EOD Date: 5/23/06] CCAP (nt, Deputy Clerk) (Entered: 05/23/2006) |
| 04/27/2006 | 6 | ARREST WARRANT issued as to Gary N. Parker . Warrant issued by Magistrate Barry S. Seltzer Bail fixed at Pretrial detention (nt, Deputy Clerk) (Entered: 05/23/2006) |
| 04/27/2006 | 7 | ARREST WARRANT issued as to Gary N. Parker . Warrant issued by Magistrate Barry S. Seltzer Bail fixed at Pre–trial Detention (nt, Deputy Clerk) (Entered: 05/23/2006) |
| 05/15/2006 | 9 | ORDER that case is unsealed as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis ( Signed by Magistrate Ted E. Bandstra on 05/15/06) [EOD Date: 5/24/06] CCAP (bs, Deputy Clerk) (Entered: 05/24/2006) |
| 05/15/2006 | | ARREST of Gary N. Parker in Eastern District of Tennessee (bs, Deputy Clerk) (Entered: 05/24/2006) |
| 05/15/2006 | | ARREST of Gary N. Parker (lk, Deputy Clerk) (Entered: 06/12/2006) |
| 05/19/2006 | 16 | ORDER on Initial Appearance as to Gary N. Parker Bond Hearing set for 10:00 5/22/06 for Gary N. Parker Arraignment set for 10:00 5/22/06 for Gary N. Parker ; before Duty Magistrate, , ( Signed by Magistrate Ted E. Bandstra on 05/19/06) Tape # 06E–22–3340/23–1 CCAP (bs, Deputy Clerk) (Entered: 05/24/2006) |
| 05/19/2006 | 17 | NOTICE OF LIS PENDENS by USA as to Gary N. Parker re: 295 Sioux Trail, Greeneville, TN 37743. Grantees: Gary Parker (bs, Deputy Clerk) (Entered: 05/24/2006) |
| 05/23/2006 | 20 | Rule 5 Documents as to Gary N. Parker received from Eastern District of Tennessee (bs, Deputy Clerk) (Entered: 05/24/2006) |
| 05/23/2006 | 21 | ARRAIGNMENT INFORMATION SHEET for Gary N. Parker (2) count(s) 1, 2–31, 32–33, 34, 35–46 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (bs, Deputy Clerk) (Entered: 05/24/2006) |
| 05/23/2006 | 22 | STANDING DISCOVERY ORDER as to Gary N. Parker all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Stephen T. Brown on 05/22/06) CCAP (bs, Deputy Clerk) (Entered: 05/24/2006) |
| 05/25/2006 | 29 | NOTICE of Unavailability by Gary N. Parker for dates of: 7/13 thru 7/28/2006 (lh, Deputy Clerk) (Entered: 05/30/2006) |

| 05/26/2006 | 28 | SCHEDULING ORDER as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis setting Calendar Call for 2:00 6/20/06 for Robert W. Parker, for Gary N. Parker, for Hope K. Rocillo, for Edward J. Annis ; Jury Trial for 9:00 6/26/06 for Robert W. Parker, for Gary N. Parker, for Hope K. Rocillo, for Edward J. Annis ; before Judge Federico A. Moreno ( Signed by Judge Federico A. Moreno on 5/26/06) [EOD Date: 5/30/06] CCAP (lk, Deputy Clerk) (Entered: 05/30/2006) |
|---|---|---|
| 06/02/2006 | 35 | RESPONSE to Standing Discovery Order by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis (lk, Deputy Clerk) (Entered: 06/06/2006) |
| 06/07/2006 | 37 | TRANSCRIPT filed as to Gary N. Parker of Pretrial Detention Hearing held 5/22/06 before Judge Stephen T. Brown Pages: 1–19 (gp, Deputy Clerk) (Entered: 06/08/2006) |
| 06/08/2006 | 38 | CJA 20 as to Gary N. Parker : Appointment of Attorney ( Signed by Magistrate Ted E. Bandstra on 5/19/06) (lk, Deputy Clerk) (Entered: 06/12/2006) |
| 06/08/2006 | 39 | Arrest WARRANT Returned Executed as to Gary N. Parker on 5/15/06 (lk, Deputy Clerk) (Entered: 06/12/2006) |
| 06/15/2006 | 46 | RESPONSE to Standing Discovery Order by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis (ct, Deputy Clerk) (Entered: 06/16/2006) |
| 06/20/2006 | | Calendar call as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis held (lk, Deputy Clerk) (Entered: 06/26/2006) |
| 06/21/2006 | 50 | NOTICE of pendency of other action by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis (lk, Deputy Clerk) (Entered: 06/21/2006) |
| 06/21/2006 | 50 | MOTION by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis to transfer case pursuant to Local Rule 3.9 (lk, Deputy Clerk) (Entered: 06/21/2006) |
| 06/23/2006 | 51 | Minutes of calendar call held on 6/20/06 before Judge Federico A. Moreno as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis ; Court Reporter Name or Tape #: Carleen Horenkamp (lk, Deputy Clerk) (Entered: 06/26/2006) |
| 06/23/2006 | 52 | ORDER CONTINUING TRIAL as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis resetting Jury trial for 9:00 8/21/06 for Robert W. Parker, for Gary N. Parker, for Hope K. Rocillo, for Edward J. Annis before Judge Federico A. Moreno , resetting calendar call for 2:00 8/15/06 for Robert W. Parker, for Gary N. Parker, for Hope K. Rocillo, for Edward J. Annis before Judge Federico A. Moreno , to Continue in Interest of Justice excludable time beginning 6/26/06 and ending 8/21/06 ( Signed by Judge Federico A. Moreno on 6/20/06) [EOD Date: 6/26/06] CCAP (lk, Deputy Clerk) (Entered: 06/26/2006) |
| 06/26/2006 | 53 | ORDER approving Nebbia stipulation (with attached proffer) as to Gary N. Parker ( Signed by Magistrate Stephen T. Brown on 5/24/06) [EOD Date: 6/26/06] CCAP (sl, Deputy Clerk) (Entered: 06/26/2006) |
| 06/26/2006 | 54 | 10% BOND entered by Gary N. Parker in Amount $ 100,000 Receipt # 231196 conditions: surrender travel documents, travel restricted to the district of residence of the defendant and the Southern District of Florida, travel permitted for Court, Approved by Magistrate Stephen T. Brown (sl, Deputy Clerk) (Entered: 06/26/2006) |
| 06/30/2006 | 56 | SECOND SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis (lk, Deputy |

| | | |
|---|---|---|
| | | Clerk) (Entered: 07/03/2006) |
| 07/11/2006 | 57 | SUPERSEDING INDICTMENT as to Robert W. Parker (1) count(s) 1s, 2s−20s, 21s−35s, 36s, 37s, 38s, 39s−48s, 49s−50s, 51s, 52s−56s, Gary N. Parker (2) count(s) 1s, 2s−20s, 21s−35s, 36s, 37s, 38s, 39s−48s, 49s−50s, 51s, Hope K. Rocillo (3) count(s) 1s, 2s−20s, 36s, 38s, 39s−48s, 51s, 57s, 58s, Edward J. Annis (4) count(s) 1s, 2s−20s, 36s, 38s (Criminal Category 3) Magistrate Judge Andrea M. Simonton (ss, Deputy Clerk) (Entered: 07/12/2006) |
| 07/12/2006 | 58 | REQUEST by Gary N. Parker for disclosure of written summar of testimony pursuant to Rule 16(a)(1)(G), federal rules of criminal procedure and the standing discovery order (gz, Deputy Clerk) (Entered: 07/13/2006) |
| 07/14/2006 | 59 | ORDER as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis granting [58−1] motion for disclosure of written summar of testimony pursuant to Rule 16(a)(1)(G), federal rules of criminal procedure and the standing discovery order as to Gary N. Parker (2) ( Signed by Judge Federico A. Moreno on 7/14/06) [EOD Date: 7/17/06] CCAP (ct, Deputy Clerk) (Entered: 07/17/2006) |
| 07/14/2006 | 60 | UNOPPOSED MOTION by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis to continue calendar call (ra, Deputy Clerk) (Entered: 07/17/2006) |
| 07/20/2006 | 61 | ORDER as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis granting [60−1] motion to continue calendar call as to Robert W. Parker (1), Gary N. Parker (2), Hope K. Rocillo (3), Edward J. Annis (4) setting calendar call for 2:00 8/29/06 for Robert W. Parker, for Gary N. Parker, for Hope K. Rocillo, for Edward J. Annis before Judge Federico A. Moreno , to Continue in Interest of Justice ( Signed by Judge Federico A. Moreno on 07/17/06) [EOD Date: 7/21/06] CCAP (nt, Deputy Clerk) (Entered: 07/21/2006) |
| 07/26/2006 | 62 | FOURTH SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis (lk, Deputy Clerk) (Entered: 07/26/2006) |
| 07/27/2006 | 63 | FIFTH SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis (lk, Deputy Clerk) (Entered: 07/28/2006) |
| 07/28/2006 | 64 | TRANSCRIPT filed as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis of calendar call held 6/20/06 @2:05 p.m. before Judge Federico A. Moreno Pages: 1−12 (ga, Deputy Clerk) (Entered: 08/01/2006) |
| 08/09/2006 | 65 | UNOPPOSED MOTION by Gary N. Parker to permit defendant's waiver of appearance at arraignment on superseding indictment (Former Deputy Clerk) (Entered: 08/09/2006) |
| 08/10/2006 | 70 | SEALED DOCUMENT (dg, Deputy Clerk) (Entered: 08/14/2006) |
| 08/10/2006 | 71 | SEALED DOCUMENT (dg, Deputy Clerk) (Entered: 08/14/2006) |
| 08/11/2006 | 72 | SIXTH SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis (lk, Deputy Clerk) (Entered: 08/14/2006) |
| 08/14/2006 | 76 | |

| | | |
|---|---|---|
| | | ORDER as to Gary N. Parker denying [65−1] motion to permit defendant's waiver of appearance at arraignment on superseding indictment as to Gary N. Parker (2) ( Signed by Judge Federico A. Moreno on 8/14/06) [EOD Date: 8/15/06] CCAP (lk, Deputy Clerk) (Entered: 08/15/2006) |
| 08/18/2006 | 77 | Ex Parte MOTION by Gary N. Parker for pre−authorization to expend CJA funds in excess of $1.600.00 for copying discovery (ct, Deputy Clerk) (Entered: 08/22/2006) |
| 08/18/2006 | 78 | WAIVER OF PERSONAL APPEARANCE at Arraignment and Entry of Plea of Not Guilty by Gary N. Parker (2) count(s) 1s, 2s−20s, 21s−35s, 36s, 37s, 38s, 39s−48s, 49s−50s, 51s (ct, Deputy Clerk) (Entered: 08/22/2006) |
| 08/25/2006 | 80 | ARRAIGNMENT INFORMATION SHEET for Gary N. Parker (2) count(s) 1s, 2s−20s, 21s−35s, 36s, 37s, 38s, 39s−48s, 49s−50s, 51s NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. Tape #06A−48−1019 (lk, Deputy Clerk) (Entered: 08/31/2006) |
| 08/25/2006 | 81 | STANDING DISCOVERY ORDER as to Gary N. Parker all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Judge John J. O'Sullivan on 8/25/06) Tape # 06A−48−1019 CCAP (lk, Deputy Clerk) (Entered: 08/31/2006) |
| 09/01/2006 | 82 | Minutes of calendar call held on 8/31/06 before Judge Federico A. Moreno as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis ; granting [79−1] motion to continue trial as to Edward J. Annis (4) Court Reporter Name or Tape #: Andy Schwartz (lk, Deputy Clerk) (Entered: 09/06/2006) |
| 09/01/2006 | | Calendar call as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis held before Judge Federico A. Moreno (lk, Deputy Clerk) (Entered: 09/06/2006) |
| 09/01/2006 | | Deadline updated as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis, setting Jury trial for 11/27/06 for Robert W. Parker, for Gary N. Parker, for Hope K. Rocillo, for Edward J. Annis before Judge Federico A. Moreno , setting calendar call for 2:00 11/21/06 for Robert W. Parker, for Gary N. Parker, for Hope K. Rocillo, for Edward J. Annis before Judge Federico A. Moreno (lk, Deputy Clerk) (Entered: 09/06/2006) |
| 09/06/2006 | 83 | ORDER CONTINUING TRIAL as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis resetting Jury trial for 9:00 11/27/06 for Robert W. Parker, for Gary N. Parker, for Hope K. Rocillo, for Edward J. Annis before Judge Federico A. Moreno , resetitng calendar call for 2:00 11/21/06 for Robert W. Parker, for Gary N. Parker, for Hope K. Rocillo, for Edward J. Annis before Judge Federico A. Moreno , to Continue in Interest of Justice ( Signed by Judge Federico A. Moreno on 8/31/06) [EOD Date: 9/7/06] CCAP (lk, Deputy Clerk) (Entered: 09/07/2006) |
| 09/07/2006 | 86 | ORDER as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis denying as withdrawn [77−1] motion for pre−authorization to expend CJA funds in excess of for copying discovery as to Gary N. Parker (2) ( Signed by Judge Federico A. Moreno on 9/6/06) [EOD Date: 9/11/06] CCAP (lk, Deputy Clerk) (Entered: 09/11/2006) |
| 09/08/2006 | 88 | SEALED DOCUMENT (ct, Deputy Clerk) (Entered: 09/11/2006) |
| 10/23/2006 | 90 | Seventh RESPONSE to Standing Discovery Order by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis (Kay, Jeffrey) (Entered: 10/23/2006) |

| 10/30/2006 | 91 | Eighth RESPONSE to Standing Discovery Order by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis (Attachments: # 1)(Lanigan, Thomas) (Entered: 10/30/2006) |
| 11/02/2006 | 92 | Request Reciprocal Discovery by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis. Responses due by 11/17/2006 (Lanigan, Thomas) Modified on 11/16/2006 (ls). [Modified to read as displayed above, by Court] (Entered: 11/02/2006) |
| 11/03/2006 | 93 | Ninth RESPONSE to Standing Discovery Order by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis (Lanigan, Thomas) (Entered: 11/03/2006) |
| 11/07/2006 | 94 | Plaintiff's MOTION Government's Motion to Admit Gary Parker's Prior Conviction by USA as to Gary N. Parker. Responses due by 11/22/2006 (Attachments: # 1 Exhibit pgs 1–24)(Lanigan, Thomas) (Entered: 11/07/2006) |
| 11/17/2006 | 99 | First MOTION to Unseal Document *Search Warrant* by Gary N. Parker. (Attachments: # 1)(Prebish, Gregory) (Entered: 11/17/2006) |
| 11/17/2006 | 100 | RESPONSE in Opposition by Gary N. Parker re 94 Plaintiff's MOTION Government's Motion to Admit Gary Parker's Prior Conviction (Prebish, Gregory) (Entered: 11/17/2006) |
| 11/21/2006 | 101 | ORDER granting 99 Motion to Unseal Document as to Gary N. Parker (2). Signed by Judge Federico A. Moreno on 11/21/2006. (sc) (Entered: 11/21/2006) |
| 11/27/2006 | 102 | Minute Entry for proceedings held before Judge Federico A. Moreno :Calendar Call as to Robert W. Parker, Gary N. Parker, Edward J. Annis held on 11/21/2006 (Court Reporter Tammy Nestor.) (sc) (Entered: 11/27/2006) |
| 11/27/2006 | 104 | MOTION for Release of Funds by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis. Responses due by 12/11/2006 (Attachments: # 1 Exhibit A# 2 Text of Proposed Order Proposed Order to Release Funds)(Healy, William) (Entered: 11/27/2006) |
| 11/28/2006 | 105 | ORDER as to Robert W. Parker, Gary N. Parker, Edward J. Annis Calendar Call set for 1/30/2007 02:00 PM in Miami Division before Judge Federico A. Moreno. Jury Trial set for 2/5/2007 09:00 AM in Miami Division before Judge Federico A. Moreno.. Signed by Judge Federico A. Moreno on 11/21/2006. (sc) (Entered: 11/28/2006) |
| 12/12/2006 | 109 | Ex Parte MOTION to Appoint Expert *For Issuance of Subpoena* by Gary N. Parker. Responses due by 12/27/2006 (Attachments: # 1)(Prebish, Gregory) (Entered: 12/12/2006) |
| 12/12/2006 | 110 | Ex Parte MOTION to Appoint Expert *To Expend In Excess of CJA Funds* by Gary N. Parker. Responses due by 12/27/2006 (Attachments: # 1)(Prebish, Gregory) (Entered: 12/12/2006) |
| 12/18/2006 | 111 | ORDER granting 109 Motion to Appoint Expert as to Gary N. Parker (2). Signed by Judge Federico A. Moreno on 12/15/2006. (sc) (Entered: 12/18/2006) |
| 12/18/2006 | 112 | ORDER granting 110 Motion to Appoint Expert as to Gary N. Parker (2). Signed by Judge Federico A. Moreno on 12/18/2006. (sc) (Entered: 12/18/2006) |
| 12/22/2006 | 113 | NOTICE OF ATTORNEY APPEARANCE Mitchell Bober appearing for USA. *Special Attorney, Department of Justice Tax Division* (Bober, Mitchell) (Entered: 12/22/2006) |

| 01/08/2007 | 114 | NOTICE *of Expert and Summary Witness* by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis (Attachments: # 1)(Bober, Mitchell) (Entered: 01/08/2007) |
|---|---|---|
| 01/08/2007 | 115 | NOTICE *Of Filing* by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis (Attachments: # 1 Exhibit Witness/Exhibit List)(Lanigan, Thomas) (Entered: 01/08/2007) |
| 01/08/2007 | 116 | NOTICE *of Filing* by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis re 115 Notice (Other) (Attachments: # 1 Exhibit Pages 1–22# 2 Exhibit Pages 1–22# 3 Exhibit Pages 1–27)(Lanigan, Thomas) (Entered: 01/08/2007) |
| 01/09/2007 | 117 | Tenth RESPONSE to Standing Discovery Order by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis (Attachments: # 1 Exhibit Pages 1–32# 2 Exhibit Pgs 33–100)(Lanigan, Thomas) (Entered: 01/09/2007) |
| 01/10/2007 | 118 | NOTICE OF UNAVAILABILITY by Gary N. Parker for dates of March 29, 2007 thru April 6, 2007 (Prebish, Gregory) (Entered: 01/10/2007) |
| 01/11/2007 | 120 | REPLY TO RESPONSE to Motion by Gary N. Parker as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis re 92 MOTION for Discovery *Request Reciprocal Discovery Defendant's Objections to Notice of Intention to Introduce 404(b) Evidence* (Prebish, Gregory) (Entered: 01/11/2007) |
| 01/12/2007 | 121 | NOTICE *of Second Request for Reciprocal Discovery* by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis (Bober, Mitchell) (Entered: 01/12/2007) |
| 01/16/2007 | 122 | Supplemental RESPONSE to Standing Discovery Order by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis (Attachments: # 1 Exhibit 14 pages)(Lanigan, Thomas) (Entered: 01/16/2007) |
| 01/16/2007 | 125 | Supplemental RESPONSE to Standing Discovery Order by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis *Twelfth Supplemental* (Attachments: # 1 Exhibit attach_1of4# 2 Exhibit attach_2of4# 3 Exhibit attach_3of4# 4 Exhibit attach_4of4)(Lanigan, Thomas) (Entered: 01/16/2007) |
| 01/17/2007 | 126 | RESPONSE to Standing Discovery Order by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis (Attachments: # 1 13th Supplemental)(Lanigan, Thomas) (Entered: 01/17/2007) |
| 01/17/2007 | 127 | Memorandum in Support by Gary N. Parker re 94 Plaintiff's MOTION Government's Motion to Admit Gary Parker's Prior Conviction *Memorandum of Law in Support of Defendant's Objections to Government's Motion to Admit Gary Parker's Prior Conviction* (Prebish, Gregory) (Entered: 01/17/2007) |
| 01/23/2007 | 168 | Certificate of Service by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis, Subpoena in a Criminal Case served on 1/23/07 on Teresa Schofield (Same document scanned 3 other times not docketed). (pa) (Entered: 02/12/2007) |
| 01/24/2007 | 129 | RESPONSE to Standing Discovery Order by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis *Fourteenth Supplemental* (Attachments: # 1 Exhibit attach1pgs1–9# 2 Exhibit attach2_pgs1and2# 3 Exhibit attach3_pgs1–4# 4 Exhibit attach4_pg1# 5 Exhibit attach5_pg1)(Lanigan, Thomas) (Entered: 01/24/2007) |

| 01/24/2007 | 131 | Sealed Document (jc) (Entered: 01/25/2007) |
| 01/26/2007 | 132 | RESPONSE in Opposition by USA as to Robert W. Parker, Gary N. Parker, Edward J. Annis re 130 Defendant's MOTION to Continue Trial (Lanigan, Thomas) (Entered: 01/26/2007) |
| 01/30/2007 | 157 | Minute Entry for proceedings held before Judge Federico A. Moreno :Calendar Call as to Robert W. Parker, Gary N. Parker, Edward J. Annis held on 1/30/2007 Status Conference set for 2/5/2007 11:00 AM in Miami Division before Judge Federico A. Moreno. (Court Reporter Tammy Nestor.) (sc) (Entered: 02/01/2007) |
| 02/01/2007 | 158 | RESPONSE in Opposition by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis re 130 Defendant's MOTION to Continue Trial *Final Exhibit List* (Attachments: # 1 Exhibit Exhibit15–10, 15–12# 2 Exhibit Final Exhibit List# 3 Exhibit Final Income Comp Rev'sd)(Lanigan, Thomas) (Entered: 02/01/2007) |
| 02/01/2007 | 173 | FINAL EXHIBIT LIST by USA as to Robert W. Parker, Gary N. Parker, Edward J. Annis (previously filed as 158 ) (nt) (Entered: 02/20/2007) |
| 02/05/2007 | 161 | Minute Entry for proceedings held before Judge Federico A. Moreno :Status Conference as to Robert W. Parker, Gary N. Parker held on 2/5/2007 (Court Reporter Tammy Nestor.) (sc) (Entered: 02/06/2007) |
| 02/13/2007 | 170 | MOTION for Attorney Fees *Ex Parte Application to Exceed Statutory Fee Cap and Motion for Interim Payment* by Gary N. Parker. Responses due by 2/28/2007 (Attachments: # 1)(Prebish, Gregory) (Entered: 02/13/2007) |
| 02/20/2007 | 174 | NOTICE of Instruction to Filer re 158 Response in Opposition: 2 Separate Filings filed as 1; should be: 1) Response in Opposition 2) Exhibit List (nt) (Entered: 02/20/2007) |
| 02/20/2007 | 175 | Notice of Docket Correction: 2 Separate Filings filed as 1 re–docketed as 173 Exhibit List re: 158 Response in Opposition, filed by USA (nt) (Entered: 02/20/2007) |
| 02/22/2007 | 176 | RESPONSE by Gary N. Parker *to Standing Discovery Order and Government's Request for Reciprocal Discovery* (Prebish, Gregory) (Entered: 02/22/2007) |
| 02/22/2007 | 177 | NOTICE *of Alibi* by Gary N. Parker (Prebish, Gregory) (Entered: 02/22/2007) |
| 02/22/2007 | 178 | Return of Service Executed by Gary N. Parker *BOA Jennifer Campbell* (Prebish, Gregory) (Entered: 02/22/2007) |
| 02/22/2007 | 179 | Return of Service Executed by Gary N. Parker *BOA daniel Parker* (Prebish, Gregory) (Entered: 02/22/2007) |
| 02/22/2007 | 180 | Return of Service Executed by Gary N. Parker *BOA Patrick Parker* (Prebish, Gregory) (Entered: 02/22/2007) |
| 02/22/2007 | 181 | Return of Service Executed by Gary N. Parker *BOA Paul Parker* (Prebish, Gregory) (Entered: 02/22/2007) |
| 03/09/2007 | 186 | Subpoena Returned Executed Records Custodian Bank of America on 1/23/2007. as to Gary N. Parker (ls) (Entered: 03/09/2007) |
| 03/16/2007 | 187 | Return of Service Executed by Gary N. Parker *BOA records Daniel Parker* (Prebish, Gregory) (Entered: 03/16/2007) |
| 03/26/2007 | 189 | Corrected RESPONSE to Standing Discovery Order by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis *Final Income and Tax* |

| | | |
|---|---|---|
| | | *Computations* (Attachments: # 1 Exhibit Final Computations (part 1 of 3)# 2 Exhibit Final Computations (part 2 of 3)# 3 Exhibit Final Computations (part 3 of 3))(Bober, Mitchell) (Entered: 03/26/2007) |
| 04/11/2007 | 190 | RESPONSE to Standing Discovery Order by USA as to Robert W. Parker, Gary N. Parker *16th Supplemental* (Attachments: # 1 Exhibit 6 pg ind–SDMichigan)(Lanigan, Thomas) (Entered: 04/11/2007) |
| 04/17/2007 | 191 | Supplemental RESPONSE to Standing Discovery Order by USA as to Robert W. Parker, Gary N. Parker *17th* (Attachments: # 1 Exhibit 11–pgs FL Dept. State Div. Corp.)(Lanigan, Thomas) (Entered: 04/17/2007) |
| 04/17/2007 | 192 | NOTICE *of Updated C.V. for Expert/Summary Witness* by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis (Attachments: # 1)(Bober, Mitchell) (Entered: 04/17/2007) |
| 04/17/2007 | 193 | Notice of Docket Correction re 192 Notice: Added attachment description, Notice of Instruction to Filer: In the future, add proper description to attachments. (hd) (Entered: 04/18/2007) |
| 04/19/2007 | 194 | Proposed Voir Dire Questions by USA as to Robert W. Parker, Gary N. Parker (Lanigan, Thomas) (Entered: 04/19/2007) |
| 04/20/2007 | 195 | RESPONSE to Standing Discovery Order by USA as to Robert W. Parker, Gary N. Parker *Eighteenth Supplemental* (Attachments: # 1 Exhibit 6–pgs)(Lanigan, Thomas) (Entered: 04/20/2007) |
| 04/24/2007 | 196 | Nineteenth Supplemental RESPONSE to Standing Discovery Order by USA as to Robert W. Parker, Gary N. Parker (Attachments: # 1 Exhibit 5–pgs)(Lanigan, Thomas) Modified on 4/25/2007 (vp). (Entered: 04/24/2007) |
| 04/25/2007 | 203 | MOTION to Bring Electronic Equipment into the courtroom by USA as to Robert W. Parker, Gary N. Parker. Responses due by 5/9/2007 (Lanigan, Thomas) (Entered: 04/25/2007) |
| 04/26/2007 | 204 | NOTICE OF UNAVAILABILITY by Gary N. Parker for dates of June 8, 2007 thru June 29, 2007 (Prebish, Gregory) (Entered: 04/26/2007) |
| 04/26/2007 | 205 | Proposed Voir Dire Questions by Gary N. Parker (Prebish, Gregory) (Entered: 04/26/2007) |
| 04/26/2007 | 206 | EXHIBIT LIST by Gary N. Parker (Prebish, Gregory) (Entered: 04/26/2007) |
| 04/27/2007 | 207 | Proposed Jury Instructions by USA as to Robert W. Parker, Gary N. Parker (Lanigan, Thomas) (Entered: 04/27/2007) |
| 04/27/2007 | 208 | Supplemental RESPONSE to Standing Discovery Order by USA as to Robert W. Parker, Gary N. Parker *Twentieth* (Attachments: # 1 Exhibit 9 pgs)(Lanigan, Thomas) (Entered: 04/27/2007) |
| 04/30/2007 | 209 | ORDER granting 203 Motion to Bring Electronic Equipment into the courtroom as to Robert W. Parker (1), Gary N. Parker (2)Signed by Judge Federico A. Moreno on 04/30/07. (sc) (Entered: 04/30/2007) |
| 04/30/2007 | 211 | Minute Entry for proceedings held before Judge Federico A. Moreno :Voir Dire begun on 4/30/2007 Robert W. Parker (1) on Count 1,1s,2–31,2s–20s,21s–35s,32–33,34,35–46,36s,37s,38s,39s–48s,49s–50s,51s,52s–56s |

| | | |
|---|---|---|
| | | and Gary N. Parker (2) on Count 1,1s,2–31,2s–20s,21s–35s,32–33,34,35–46,36s,37s,38s,39s–48s,49s–50s,51s Court Reporter: Tammy Nestor (sc) (Entered: 05/01/2007) |
| 05/01/2007 | 218 | ORDER as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis Signed by Judge Federico A. Moreno on 04/30/07. (sc) (Entered: 05/02/2007) |
| 05/01/2007 | 220 | Minute Entry for proceedings held before Judge Federico A. Moreno :Jury Trial as to Robert W. Parker, Gary N. Parker held on 5/1/2007 Court Reporter: Tammy Nestor (sc) (Entered: 05/02/2007) |
| 05/02/2007 | 221 | ORDER as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis Signed by Judge Federico A. Moreno on 05/02/07. (sc) (Entered: 05/02/2007) |
| 05/02/2007 | 224 | Minute Entry for proceedings held before Judge Federico A. Moreno :Jury Trial as to Robert W. Parker, Gary N. Parker held on 5/2/2007 Court Reporter: Tammy Nestor (sc) (Entered: 05/07/2007) |
| 05/04/2007 | 223 | Proposed Jury Instructions by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis (Healy, William) (Entered: 05/04/2007) |
| 05/07/2007 | 225 | NOTICE OF FILING as to Robert W. Parker, Gary N. Parker Signed by Judge Federico A. Moreno on 05/07/07. (sc) (Entered: 05/08/2007) |
| 05/07/2007 | 226 | Minute Entry for proceedings held before Judge Federico A. Moreno :Jury Trial as to Robert W. Parker, Gary N. Parker held on 5/7/2007 Court Reporter: Tammy Nestor (sc) (Entered: 05/08/2007) |
| 05/08/2007 | 227 | Minute Entry for proceedings held before Judge Federico A. Moreno :Jury Trial as to Robert W. Parker, Gary N. Parker held on 5/8/2007 Court Reporter: Tammy Nestor (sc) (Entered: 05/09/2007) |
| 05/09/2007 | 228 | NOTICE OF FILING as to Robert W. Parker, Gary N. Parker Signed by Judge Federico A. Moreno on 05/09/07. (sc) (Entered: 05/10/2007) |
| 05/09/2007 | 229 | Minute Entry for proceedings held before Judge Federico A. Moreno :Jury Trial as to Robert W. Parker, Gary N. Parker held on 5/9/2007 Court Reporter: Tammy Nestor (sc) (Entered: 05/10/2007) |
| 05/09/2007 | 230 | AMENDED Minute Entry for proceedings held before Judge Federico A. Moreno :Jury Trial as to Robert W. Parker, Gary N. Parker held on 5/9/2007 Court Reporter: Tammy Nestor (sc) (Entered: 05/10/2007) |
| 05/10/2007 | 231 | Minute Entry for proceedings held before Judge Federico A. Moreno :Jury Trial as to Robert W. Parker, Gary N. Parker held on 5/10/2007 Court Reporter: Tammy Nestor (sc) (Entered: 05/10/2007) |
| 05/10/2007 | 232 | Jury Instructions as to Robert W. Parker, Gary N. Parker (sc) (Entered: 05/10/2007) |
| 05/10/2007 | 233 | Redacted Indictment as to Robert W. Parker, Gary N. Parker. (sc) (Entered: 05/10/2007) |
| 05/10/2007 | 234 | Witness List (sc) (Entered: 05/10/2007) |
| 05/10/2007 | 235 | EXHIBIT LIST – Robert W. Parker, Gary N. Parker (sc) (Entered: 05/10/2007) |
| 05/10/2007 | 236 | Jury Notes as to Robert W. Parker, Gary N. Parker (sc) (Entered: 05/10/2007) |

| 05/10/2007 | 238 | NOTICE OF HEARING as to Gary N. Parker Sentencing set for 7/19/2007 09:30 AM in Miami Division before Judge Federico A. Moreno. (sc) (Entered: 05/10/2007) |
| 05/10/2007 | 239 | ORDER denying as moot 94 Motion as to Gary N. Parker (2)Signed by Judge Federico A. Moreno on 05/10/07. (sc) (Entered: 05/11/2007) |
| 05/10/2007 | 241 | JURY VERDICT as to Gary N. Parker (2) Guilty on Count 1s,2s−20s,21s−24s,28s,31s−34s,36s,38s,39s−48s,49s−50s,51s (bs) Additional attachment(s) added on 5/16/2007 (yc). (Entered: 05/11/2007) |
| 05/10/2007 | 242 | NOTICE OF FILING as to Robert W. Parker, Gary N. Parker Signed by Judge Federico A. Moreno on 05/10/07. (sc) (Entered: 05/15/2007) |
| 05/15/2007 | 243 | MOTION for Judgment NOV *of Acquittal Pursuant to Rule 29 (c)* by Gary N. Parker. Responses due by 5/30/2007 (Prebish, Gregory) (Entered: 05/15/2007) |
| 05/16/2007 | 244 | Notice of Docket Correction re 241 Jury Verdict sent to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis Error: Image has been replaced with a redacted version (yc) (Entered: 05/16/2007) |
| 05/19/2007 | 245 | NOTICE OF LIS PENDENS as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis for property located at 1424 S.W. 13th Drive, Boca Raton, Florida 33486−5369. Grantees: ROBERT W. PARKER and ANN A. PARKER. (Healy, William) (Entered: 05/19/2007) |
| 05/19/2007 | 246 | NOTICE OF LIS PENDENS as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis for property located at 295 Sioux Trail, Greeneville, Tennessee 37743. Grantees: GARY PARKER. (Healy, William) (Entered: 05/19/2007) |
| 05/21/2007 | 247 | ORDER denying 243 Motion for Judgment NOV as to Gary N. Parker (2)Signed by Judge Federico A. Moreno on 05/17/07. (sc) (Entered: 05/21/2007) |
| 05/22/2007 | 248 | NOTICE *Release of Lis Pendens for property located at 1424 S.W. 13th Drive, Boca Raton, Palm Beach County, Florida 33486−5369* by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis re 245 Notice of Lis Pendens (Healy, William) (Entered: 05/22/2007) |
| 05/29/2007 | 249 | MOTION for Forfeiture of Property *of Preliminary Order of Forfeiture* by USA as to Robert W. Parker, Gary N. Parker. Responses due by 6/12/2007 (Attachments: # 1 Text of Proposed Order)(Healy, William) (Entered: 05/29/2007) |
| 05/30/2007 | 250 | MOTION for Disbursement of Funds *cash bond to Jennifer Campbell* by Gary N. Parker. Responses due by 6/13/2007 (Prebish, Gregory) (Entered: 05/30/2007) |
| 05/30/2007 | 251 | RESPONSE in Opposition by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis re 250 MOTION for Disbursement of Funds *cash bond to Jennifer Campbell* (Attachments: # 1 Text of Proposed Order)(Healy, William) (Entered: 05/30/2007) |
| 05/30/2007 | 252 | MOTION for Forfeiture of Property *of preliminary order of forfeiture* by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis. Responses due by 6/13/2007 (Attachments: # 1)(Healy, William) (Entered: 05/30/2007) |
| 05/31/2007 | 253 | NOTICE of Instruction to Filer and Notice of Docket Correction re 252 MOTION for Forfeiture of Property filed by USA, sent to USA as to Robert W. Parker, Gary N. Parker. ERROR: Attachments to Motion did not have a description; *FUTURE documents containing attachments need to be described.*− Corrected by Court. (gp) |

| | | |
|---|---|---|
| | | (Entered: 05/31/2007) |
| 06/01/2007 | 254 | RESPONSE in Opposition by Gary N. Parker re 250 MOTION for Disbursement of Funds *cash bond to Jennifer Campbell*, 252 MOTION for Forfeiture of Property *Government's Objection* (Prebish, Gregory) (Entered: 06/01/2007) |
| 06/01/2007 | 255 | ORDER entered 249 Motion for Forfeiture of Property as to Robert W. Parker (1), Gary N. Parker (2)Signed by Judge Federico A. Moreno on 06/01/07. (sc) (Entered: 06/01/2007) |
| 06/01/2007 | 256 | ORDER entered 252 Motion for Forfeiture of Property as to Gary N. Parker (2)Signed by Judge Federico A. Moreno on 06/01/.07. (sc) (Entered: 06/01/2007) |
| 06/01/2007 | 257 | ORDER denying 250 Motion for Disbursement of Funds as to Gary N. Parker (2)Signed by Judge Federico A. Moreno on 06/01/07. (sc) (Entered: 06/01/2007) |
| 06/15/2007 | 258 | NOTICE OF UNAVAILABILITY by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis for dates of 06/18/07–07/09/07 (Healy, William) (Entered: 06/15/2007) |
| 06/18/2007 | 259 | NOTICE of Instruction to Filer re 258 Notice of Unavailability filed by USA, sent to USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis. ERROR: Document filed in the Wrong Case; Filer is instructed to: 1)File a Notice of Striking DE # 258 , using event "Notice of Striking" found under Notices (Document has been filed in the correct case by Filer). (gp) (Entered: 06/18/2007) |
| 06/18/2007 | 260 | NOTICE OF UNAVAILABILITY by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis for dates of 06/18/07–07/09/07 (Healy, William) (Entered: 06/18/2007) |
| 06/28/2007 | 262 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Gary N. Parker (Prebish, Gregory) (Entered: 06/28/2007) |
| 07/05/2007 | 263 | MOTION to Appoint Counsel *for appeal* by Gary N. Parker. Responses due by 7/19/2007 (Attachments: # 1 Text of Proposed Order appointing counsel for appeal)(Prebish, Gregory) (Entered: 07/05/2007) |
| 07/11/2007 | 265 | POST TRIAL MEMORANDUM *Sentencing Memorandum* by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis (Bober, Mitchell) (Entered: 07/11/2007) |
| 07/13/2007 | 267 | MOTION to Continue Sentencing by USA as to Robert W. Parker, Gary N. Parker. Responses due by 7/27/2007 (Attachments: # 1 Text of Proposed Order)(Bardfeld, Laurence) (Entered: 07/13/2007) |
| 07/15/2007 | 268 | RESPONSE in Opposition by Gary N. Parker re 267 MOTION to Continue Sentencing (Prebish, Gregory) (Entered: 07/15/2007) |
| 07/16/2007 | 269 | NOTICE of Instruction to Filer: See Administrative Procedures for filing an emergency motion re 267 MOTION to Continue Sentencing. (de) (Entered: 07/16/2007) |
| 07/16/2007 | 270 | ORDER denying 267 Motion to Continue Sentencing as to Robert W. Parker (1), Gary N. Parker (2)Signed by Judge Federico A. Moreno on 07/16/07. (sc) (Entered: 07/17/2007) |
| 07/19/2007 | 271 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Gary N. Parker *Supplement to* (Prebish, Gregory) (Entered: 07/19/2007) |

| 07/19/2007 | 272 | NOTICE OF APPEAL by Gary N. Parker of 280 Judgement/Order. Filing Fees: (FEE NOT REQUIRED CJA) Attorney (Prebish, Gregory) Modified on 7/26/2007 (pc). (Entered: 07/19/2007) |
| --- | --- | --- |
| 07/19/2007 | 275 | Minute Entry for proceedings held before Judge Federico A. Moreno :Sentencing held on 7/19/2007 for Gary N. Parker (2), Count(s) 1s,52s, 60 months imprisonment (all counts to run concurrent)Supervised Release – 3 years; Assessment – $4,4000; Count(s) 2s–24s, 28s,31s–34s,36s,38s–50s, 240 months imprisonment (all counts to run concurrent)Supervised Release – 3 years; Assessment–$4400. (The 240–month sentence to run concurrent to the 60–month sentence) (sc) (Entered: 07/20/2007) |
| 07/19/2007 | 277 | TRANSCRIPT INFORMATION FORM as to Gary N. Parker re 272 Notice of Appeal – Final Judgment filed by Gary N. Parker,. Email sent to Court Reporter Coordinator. 4/30/07–5/10/07, 7/19/07 transcript. Order placed by Gregory Prebish. (pc) (Entered: 07/20/2007) |
| 07/19/2007 | 282 | Notice of Docket Correction re 272 Notice of Appeal – Final Judgment filed by Gary N. Parker, sent to Gary N. Parker Error: Incorrect Document Link; Correction: Linked the Notice Of Appeal to the Judgement/Order being appealed. (pc) (Entered: 07/26/2007) |
| 07/19/2007 | | Transmission of Notice of Appeal and Docket Sheet as to Gary N. Parker to US Court of Appeals re 272 Notice of Appeal – Final Judgment (pc) (Entered: 07/26/2007) |
| 07/20/2007 | 278 | ORDER granting 263 Motion to Appoint Counsel Marc David Seitles for Gary N. Parker appointed. as to Gary N. Parker (2)Signed by Judge Federico A. Moreno on 07/20/07. (sc) (Entered: 07/20/2007) |
| 07/20/2007 | 280 | JUDGMENT as to Gary N. Parker (2), Count(s) 1s, 60 months imprisonment (all counts to run concurrent) Supervised Release – 3 years; Count(s) 2s–20s, 240 months imprisonment (all counts to run concurrent) Supervised Release – 3 years; all remaining counts dismissed; Restitution: $1,824,137.00 Assessment: $4,400.00. Signed by Judge Federico A. Moreno on 7/19/07. (hd) (Entered: 07/23/2007) |
| 07/30/2007 | | Notice of Undeliverable Mail as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis re 278 Order on Motion to Appoint Counsel Email returned for: Gregory Alan Prebish Resolved by: Attorney informed that the email address is correct. NEF was resent. (mc) (Entered: 07/30/2007) |
| 08/06/2007 | 288 | NOTICE OF APPEAL by Gary Parker re 280 Judgment; Filing fee: (FEE NOT REQUIRED CJA). Copies to USCA, AUSA, USM, USPO, and Counsel of Record. (amb) (Entered: 08/07/2007) |
| 08/06/2007 | | Transmission of Notice of Appeal, Docket Sheet and Order to US Court of Appeals re 288 Notice of Appeal – Final Judgment filed by Gary Parker. (amb) (Entered: 08/07/2007) |
| 08/07/2007 | 290 | MOTION to adjudicate validity of interest in forfeited property as to Robert W. Parker, Gary N. Parker. by Greenbank (bs) (Entered: 08/08/2007) |
| 08/14/2007 | 295 | NOTICE of Receipt of NOA Transmittal Letter from USCA on 08/03/07 Re: USCA Case Number:07–13578–G for 272 Notice of Appeal – Final Judgment filed by Gary N. Parker,. (amb) (Entered: 08/14/2007) |
| 09/06/2007 | 300 | TRANSCRIPT filed as to Robert W. Parker and Gary N. Parker for dates of SENTENCING HEARING HELD ON 07/19/07 before Judge FEDERICO A. |

| | | |
|---|---|---|
| | | MORENO, re 276 Notice of Appeal – Final Judgment, 288 Notice of Appeal – Final Judgment, 272 Notice of Appeal – Final Judgment Court Reporter: Tammy Nester – phone number 305–523–5148 1–114 pages. USCA Case Number: 07–13578–G. (amb) (Entered: 09/06/2007) |
| 09/10/2007 | 301 | ORDER denying 290 Petition to Adjudicate Validity of Interest in Forfeited Property as to Robert W. Parker (1), Gary N. Parker (2)Signed by Judge Federico A. Moreno on 09/10/07. (sc) (Entered: 09/11/2007) |
| 10/02/2007 | 302 | COURT REPORTER ACKNOWLEDGEMENT as to Gary N. Parker re 277 Transcript Information Form Court Reporter: Tammy Nester – phone number 305–523–5148 Estimated filing date of transcript 08/29/07 (amb) (Entered: 10/03/2007) |
| 10/02/2007 | 303 | TRANSCRIPT NOTIFICATION as to Gary N. Parker the transcript was ordered on JURY TRIAL HELD ON 04/30/2007–05/10/2007 (7 Vols) by GREGORY PREBISH has been filed. (amb) (Entered: 10/03/2007) |
| 10/02/2007 | 304 | TRANSCRIPT filed as to Robert W. Parker, Gary N. Parker for JURY TRIAL HELD ON 4/30/07 before Judge FEDERICO A. MORENO, re 276 Notice of Appeal – Final Judgment, 288 Notice of Appeal – Final Judgment, 272 Notice of Appeal – Final Judgment Court Reporter: Tammy Nester – phone number 305–523–5148 1–113 pages (Volume 1). (amb) (Entered: 10/03/2007) |
| 10/02/2007 | 305 | TRANSCRIPT filed as to Robert W. Parker, Gary N. Parker for JURY TRIAL HELD ON 05/1/2007 before Judge FEDERICO A. MORENO, re 276 Notice of Appeal – Final Judgment, 288 Notice of Appeal – Final Judgment, 272 Notice of Appeal – Final Judgment Court Reporter: Tammy Nester – phone number 305–523–5148 (Volume II) 114–372 pages. (amb) (Entered: 10/03/2007) |
| 10/02/2007 | 306 | TRANSCRIPT filed as to Robert W. Parker, Gary N. Parker for JURY TRIAL HELD ON 05/02/2007 before Judge FEDERICO A. MORENO, re 276 Notice of Appeal – Final Judgment, 288 Notice of Appeal – Final Judgment, 272 Notice of Appeal – Final Judgment Court Reporter: Tammy Nester – phone number 305–523–5148 (Volume III) 373–599 pages. (amb) (Entered: 10/03/2007) |
| 10/02/2007 | 307 | TRANSCRIPT filed as to Robert W. Parker, Gary N. Parker for JURY TRIAL HELD ON 05/07/2007 before Judge FEDERICO A. MORENO, re 276 Notice of Appeal – Final Judgment, 288 Notice of Appeal – Final Judgment, 272 Notice of Appeal – Final Judgment Court Reporter: Tammy Nester – phone number 305–523–5148 (Volume IV) 600–921 pages. (amb) (Entered: 10/03/2007) |
| 10/02/2007 | 308 | TRANSCRIPT filed as to Robert W. Parker, Gary N. Parker for JURY TRIAL HELD ON 05/08/2007 before Judge FEDERICO A. MORENO, re 276 Notice of Appeal – Final Judgment, 288 Notice of Appeal – Final Judgment, 272 Notice of Appeal – Final Judgment Court Reporter: Tammy Nester – phone number 305–523–5148 (Volume V) pages 922–1096. (amb) (Entered: 10/03/2007) |
| 10/02/2007 | 309 | TRANSCRIPT filed as to Robert W. Parker, Gary N. Parker for JURY TRIAL HELD ON 05/09/07 before Judge FEDERICO A. MORENO, re 276 Notice of Appeal – Final Judgment, 288 Notice of Appeal – Final Judgment, 272 Notice of Appeal – Final Judgment Court Reporter: Tammy Nester – phone number 305–523–5148 (Volume VI) pages 1097–1241. (amb) (Entered: 10/03/2007) |
| 10/02/2007 | 310 | |

| | | |
|---|---|---|
| | | TRANSCRIPT filed as to Robert W. Parker, Gary N. Parker for JURY TRIAL HELD ON 05/10/07 before Judge FEDERICO A. MORENO, re 276 Notice of Appeal – Final Judgment, 288 Notice of Appeal – Final Judgment, 272 Notice of Appeal – Final Judgment Court Reporter: Tammy Nester – phone number 305–523–5148 (Volume VII) pages 1242–1253. (amb) (Entered: 10/03/2007) |
| 10/18/2007 | 311 | MOTION Verified Petition to Protect Third Party Interest from Forfeiture by GreenBank as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis. Responses due by 11/1/2007 (Attachments: # 1 # 2 # 3)(Targ, Robert) (Entered: 10/18/2007) |
| 10/19/2007 | 312 | Notice of Docket Correction and Instruction to Filer: re 311 MOTION filed by GreenBank, sent to GreenBank as to Robert W. Parker, Gary N. Parker. ERROR: 1) Document filed as to defendant Gary N. Parker, has been improperly attributed to all the Defendants. For *FUTURE* reference, please only select the Defendant that the document pertains to. 2) Attachments to Motion did not have a description; *FUTURE* documents containing attachments need to be described.– Corrected by Clerk. It is not necessary to refile this document. (gp) (Entered: 10/19/2007) |
| 10/23/2007 | 313 | ORDER Requiring Government to Respond as to Robert W. Parker, Gary N. Parker re 311 MOTION filed by GreenBank, Signed by Judge Federico A. Moreno on 10/23/07. (sc) (Entered: 10/24/2007) |
| 11/05/2007 | 318 | MOTION Petition for a Hearing filed by Ronald E. Schrempp as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis. Responses due by 11/20/2007 (ail) (Entered: 11/06/2007) |
| 11/05/2007 | 319 | MOTION Petition for Claims / Interest of property filed by Brad A. Feinstein as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis. Responses due by 11/20/2007 (ail) (Entered: 11/06/2007) |
| 11/06/2007 | 317 | Petition to File Claim by Rebecca Ann McDowell as to Robert W. Parker, et.al. Responses due by 11/21/2007 (ail) (Entered: 11/06/2007) |
| 11/08/2007 | 320 | NOTICE of A Claim filed by M. Wayne Stewart as to by Robert W. Parker, Gary N. Parker (ail) (Entered: 11/08/2007) |
| 11/13/2007 | 324 | MOTION for Return of Property by Hamley Case as to Robert W. Parker, Gary N. Parker. Responses due by 11/28/2007 (ail) (Entered: 11/15/2007) |
| 11/13/2007 | 325 | MOTION for Return of Property by Eusion International Ltd as to Robert W. Parker, Gary N. Parker. Responses due by 11/28/2007 (ail) (Entered: 11/15/2007) |
| 11/15/2007 | 326 | RESPONSE by USA as to Robert W. Parker, Gary N. Parker *TO COURT'S ORDER* (Healy, William) (Entered: 11/15/2007) |
| 11/15/2007 | 327 | NOTICE of Verified Petition of Marquee Cinemas as to Robert W. Parker, Gary N. Parker (ail) (Entered: 11/16/2007) |
| 11/20/2007 | 331 | NOTICE of Claim by Marc Schilling as to Robert W. Parker, Gary N. Parker (ail) (Entered: 11/21/2007) |
| 12/03/2007 | 332 | NOTICE of Verified Claim of David Quintana by Robert W. Parker, Gary N. Parker (ail) (Entered: 12/04/2007) |
| 12/07/2007 | 333 | NOTICE *of Settlement, Idemnification and Hold Harmless Agreement with Claimant Greenbank, f/k/a Green County Bank* by USA as to Robert W. Parker, Gary N. Parker |

| | | (Healy, William) (Entered: 12/07/2007) |
|---|---|---|
| 12/10/2007 | 334 | PETITION OF CLAIM filed by Robert Aston Wenham as to Robert W. Parker, Gary N. Parker (ail) (Entered: 12/12/2007) |
| 12/26/2007 | 335 | NOTICE OF UNAVAILABILITY by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis for dates of December 24, 2007 through January 07, 2008 (Healy, William) (Entered: 12/26/2007) |
| 01/30/2008 | 336 | SERVICE by Publication by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis Last publication date 07/27/07. (Attachments: # 1 Exhibit A)(Healy, William) (Entered: 01/30/2008) |
| 02/01/2008 | 337 | Return of Service Executed by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis Served 09/26/07. *residence located at 295 Sioux Trial, Greeneville, TN 37743* (Healy, William) (Entered: 02/01/2008) |
| 03/18/2008 | 338 | SERVICE by Publication by USA as to Robert W. Parker, Gary N. Parker Last publication date 09/06/07. (Attachments: # 1 Exhibit A)(Healy, William) (Entered: 03/18/2008) |
| 04/01/2008 | 339 | MOTION to Strike *Claims* by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis. Responses due by 4/15/2008 (Attachments: # 1 Text of Proposed Order)(Healy, William) (Entered: 04/01/2008) |
| 05/13/2008 | 340 | ORDER granting 339 Motion to Strike as to Robert W. Parker (1), Gary N. Parker (2), Hope K. Rocillo (3), Edward J. Annis (4)Signed by Judge Federico A. Moreno on 05/13/08. (sc) (Entered: 05/14/2008) |
| 05/23/2008 | 341 | Return of Service Executed (Preliminary Order and Judgment of Forfeiture) as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis Served 5/8/08. (ail) (Entered: 05/23/2008) |
| 06/20/2008 | 342 | CERTIFICATE of Readiness transmitted to USCA (Atlanta Office) as to Gary N. Parker re 288 Notice of Appeal – Final Judgment, 272 Notice of Appeal – Final Judgment. USCA #07–13578–GG (amb) (Entered: 06/20/2008) |
| 06/20/2008 | | Certified and Transmitted Record on Appeal as to Gary N. Parker to US Court of Appeals (Atlanta Office) Consisting of (3) Volumes of Pleadings, (9) Volumes of Transcripts and (1) PSI report re 272 Notice of Appeal – Final Judgment, 288 Notice of Appeal – Final Judgment. USCA #07–13578–GG (amb) (Entered: 06/20/2008) |
| 06/26/2008 | 343 | Transmitted Supplemental Record on Appeal to USCA (Atlanta Office) as to Robert W. Parker, Gary N. Parker (Consisting of (1) PSI report) re 288 Notice of Appeal – Final Judgment, 272 Notice of Appeal – Final Judgment, 276 Notice of Appeal – Final Judgment. USCA #07–13578–GG (amb) (Entered: 06/26/2008) |
| 07/01/2008 | 344 | ACKNOWLEDGEMENT OF RECEIPT FROM USCA re 288 Notice of Appeal – Final Judgment, 272 Notice of Appeal – Final Judgment receipt of: COR/ROA date received by USCA 06/25/2008. USCA number 07–13578–GG (amb) (Entered: 07/01/2008) |
| 07/11/2008 | 345 | ACKNOWLEDGEMENT OF RECEIPT FROM USCA re 288 Notice of Appeal – Final Judgment, 272 Notice of Appeal – Final Judgment receipt of: COR/ROA date received by USCA 07/03/2008 USCA number 07–13578–GG (amb) (Entered: 07/14/2008) |

| 08/26/2008 | 346 | MOTION for Forfeiture of Property *of Final Order of Forfeiture* by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis. Responses due by 9/15/2008 (Attachments: # 1 Text of Proposed Order)(Healy, William) (Entered: 08/26/2008) |
| --- | --- | --- |
| 08/26/2008 | 347 | MOTION to Strike *Document Number: 346* by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis. Responses due by 9/15/2008 (Healy, William) (Entered: 08/26/2008) |
| 08/26/2008 | 348 | MOTION for Forfeiture of Property *of Final Order of Forfeiture* by USA as to Robert W. Parker, Gary N. Parker, Hope K. Rocillo, Edward J. Annis. Responses due by 9/15/2008 (Attachments: # 1 Text of Proposed Order)(Healy, William) (Entered: 08/26/2008) |
| 08/28/2008 | 349 | ORDER granting 348 Motion for Forfeiture of Property as to Robert W. Parker (1), Gary N. Parker (2) Signed by Chief Judge Federico A. Moreno on 08/28/08. (sc) (Entered: 08/29/2008) |
| 08/29/2008 | 350 | MOTION to Vacate *Final Order of Forfeiture* by USA as to Robert W. Parker, Gary N. Parker. (Attachments: # 1 Text of Proposed Order)(Healy, William) (Entered: 08/29/2008) |
| 08/29/2008 | 351 | MOTION for Forfeiture of Property *of Final Order of Forfeiture* by USA as to Robert W. Parker, Gary N. Parker. Responses due by 9/18/2008 (Attachments: # 1 Text of Proposed Order)(Healy, William) (Entered: 08/29/2008) |
| 09/04/2008 | 352 | ORDER granting 350 Motion to Vacate as to Robert W. Parker (1), Gary N. Parker (2) Signed by Chief Judge Federico A. Moreno on 09/04/08. (sc) (Entered: 09/05/2008) |
| 09/04/2008 | 353 | ORDER granting 351 Motion for Forfeiture of Property as to Robert W. Parker (1), Gary N. Parker (2) Signed by Chief Judge Federico A. Moreno on 09/04/08. (sc) (Entered: 09/05/2008) |
| 01/16/2009 | 360 | MANDATE of USCA (certified copy) AFFIRMING Judgment/ Order of the district court with courts opinion as to Gary N. Parker re 288 Notice of Appeal – Final Judgment, 272 Notice of Appeal – Final Judgment ; Date Issued: 01/12/2009 ; USCA Case Number: 07–13578–GG (amb) (Entered: 01/16/2009) |
| 03/20/2009 | 361 | UNOPPOSED MOTION for Forfeiture of Property *to Amend Final Order of Forfeiture, D.E.# 353* by USA as to Gary N. Parker. Responses due by 4/6/2009 (Attachments: # 1 Text of Proposed Order)(Healy, William) Modified on 3/23/2009 to reflect text(tb). (Entered: 03/20/2009) |
| 03/25/2009 | 362 | ORDER granting 361 Motion for Forfeiture of Property as to Gary N. Parker (2). Signed by Chief Judge Federico A. Moreno on 03/25/09. (sc) (Entered: 03/26/2009) |
| 04/27/2009 | 363 | MOTION UNDER 28 U.S.C. 2255 to Vacate, Set Aside or Correct Sentence by Gary N. Parker. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(vt) (Entered: 04/27/2009) |
| 04/27/2009 | 364 | 2255 Note – Civil Case Number: 09–cv–60621–FAM–PAW. All further docketing related to the motion to vacate is to be done in the civil case. (vt) (Entered: 04/27/2009) |
| 05/08/2009 | 365 | Appeal Record Returned as to Robert W. Parker, Gary N. Parker: Consisting of (3) Volumes of Pleadings, (9) Volumes of Transcripts and (2) PSI reports 288 Notice of Appeal – Final Judgment, 272 Notice of Appeal – Final Judgment, 276 Notice of |

| | | |
|---|---|---|
| | | Appeal – Final Judgment. USCA #07–13578–GG (amb) (Entered: 05/08/2009) |
| 05/13/2010 | 367 | ORDER ADOPTING MAGISTRATE'S REPORT and RECOMMENDATION and DENYING ROBERT W. PARKER'S MOTION TO VACATE SENTENCE. Signed by Chief Judge Federico A. Moreno on 5/12/2010.(mmd) (Entered: 05/13/2010) |
| 06/19/2020 | 370 | MOTION for Compassionate Release – Non–Drug – pursuant to 18:3582 – (c)(1)(A) and the First Step Act by Gary N. Parker. Responses due by 7/6/2020. (jas) (Entered: 06/22/2020) |
| 07/09/2020 | 371 | RESPONSE to Motion by USA as to Gary N. Parker re 370 MOTION to Reduce Sentence – Non–Drug – 18:3582 – (c)(1)(A) and the First Step Act Replies due by 7/16/2020. (Attachments: # 1 Proposed Order) (Lanigan, Thomas) (Entered: 07/09/2020) |
| 07/09/2020 | 372 | MOTION for Extension of Time to File Response as to 370 MOTION to Reduce Sentence – Non–Drug – 18:3582 – (c)(1)(A) and the First Step Act by USA as to Gary N. Parker. See image at DE 371 Responses due by 7/23/2020 (lk) (Entered: 07/10/2020) |
| 07/10/2020 | 373 | Clerks Notice to Filer re 371 Response to Motion. **Wrong Event Selected – Document is a Motion**; ERROR – The Filer selected the wrong event. A motion event must always be selected when filing a motion. The correction was made by the Clerk; See DE 372 . It is not necessary to refile this document. (lk) (Entered: 07/10/2020) |
| 07/13/2020 | 374 | ORDER granting 372 Motion for Extension of Time to File Response as to Gary N. Parker (2). Re: 372 MOTION for Extension of Time to File Response as to 370 MOTION to Reduce Sentence – Non–Drug – 18:3582 – (c)(1)(A) and the First Step Act, 370 MOTION to Reduce Sentence – Non–Drug – 18:3582 – (c)(1)(A) and the First Step Act. Responses due by 9/11/2020 Signed by Judge Federico A. Moreno on 7/13/2020. *See attached document for full details.* (sc) (Entered: 07/13/2020) |
| 09/11/2020 | 375 | RESPONSE in Opposition by USA as to Gary N. Parker re 370 MOTION to Reduce Sentence – Non–Drug – 18:3582 – (c)(1)(A) and the First Step Act Replies due by 9/18/2020. (Attachments: # 1 Exhibit) (Lanigan, Thomas) (Entered: 09/11/2020) |
| 09/23/2020 | 376 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Gary N. Parker in re: DE 370 Noticing FPD–MIA for Gary N. Parker appointed.. Signed by Judge Federico A. Moreno on 9/22/2020. *See attached document for full details.* (lk) (Entered: 09/23/2020) |
| 09/25/2020 | 377 | Notice of Assignment of Assistant Federal Public Defender as to Gary N. Parker. Attorney Christian Scott Dunham added. Attorney Noticing FPD–MIA terminated.. Attorney Christian Scott Dunham added to party Gary N. Parker(pty:dft). (Dunham, Christian) (Entered: 09/25/2020) |
| 10/08/2020 | 378 | NOTICE *REGARDING DEFENDANTS REQUEST FOR HOME CONFINEMENT AND COMPASSIONATE RELEASE* by Gary N. Parker (Dunham, Christian) (Entered: 10/08/2020) |
| 10/13/2020 | 379 | REPLY TO RESPONSE to Motion by Gary N. Parker re 370 MOTION to Reduce Sentence – Non–Drug – 18:3582 – (c)(1)(A) and the First Step Act (lk) (Entered: 10/14/2020) |
| 10/21/2020 | 380 | NOTICE of Striking 379 Reply to Response by Gary N. Parker (Dunham, Christian) (Entered: 10/21/2020) |

| 12/18/2020 | 381 | NOTICE *OF RELEASE ON HOME CONFINEMENT* by Gary N. Parker (Dunham, Christian) (Entered: 12/18/2020) |
|---|---|---|
| 04/05/2021 | 382 | NOTICE *PURSUANT TO LOCAL RULE 7.1(b)* by Gary N. Parker (Dunham, Christian) (Entered: 04/05/2021) |
| 04/14/2021 | 383 | MOTION for Extension of Time to File Response as to 382 Notice (Other) by USA as to Gary N. Parker. Responses due by 4/28/2021 (Attachments: # 1 Text of Proposed Order)(Lanigan, Thomas) (Entered: 04/14/2021) |
| 04/19/2021 | 384 | ORDER granting 383 Motion for Extension of Time to File Response as to Gary N. Parker (2). Responses due by 5/19/2021 Signed by Judge Federico A. Moreno on 4/19/2021. *See attached document for full details.* (sc) (Entered: 04/19/2021) |
| 05/19/2021 | 385 | NOTICE of Compliance by Gary N. Parker (Attachments: # 1 Exhibit Notice to Warden) (Dunham, Christian) (Entered: 05/19/2021) |
| 05/19/2021 | 386 | RESPONSE in Opposition by USA as to Gary N. Parker re 370 MOTION to Reduce Sentence – Non–Drug – 18:3582 – (c)(1)(A) and the First Step Act Replies due by 5/26/2021. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit3, # 4 Exhibit Exhibit 4) (Lanigan, Thomas) (Entered: 05/19/2021) |
| 06/14/2021 | 387 | ORDER DENYING THE DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE 370 . Signed by Judge Federico A. Moreno on 6/14/2021. *See attached document for full details.* (jz01) (Entered: 06/14/2021) |
| 06/26/2023 | 388 | Petition and Order for Modification of Conditions with consent – 12B as to Gary N. Parker. Signed by Judge Federico A. Moreno on 6/26/2023. *See attached document for full details.* (sc) (Entered: 06/27/2023) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

06 - 60130 CR-MORENO    MAGISTRATE JUDGE
SIMONTON

18 U.S.C. § 371
18 U.S.C. § 1341
18 U.S.C. § 1343
18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)(A)(i)
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

       Plaintiff,

v.

ROBERT W. PARKER,
a/k/a Bob Parker,
GARY N. PARKER,
HOPE K. ROCILLO,
a/k/a Hope Wiseman, and
EDWARD J. ANNIS,
a/k/a Jason Annis,

       Defendants.
_____/



## INDICTMENT

The Grand Jury charges:

### GENERAL ALLEGATIONS

At times material to this Indictment:

1.     Parker Leasing and Finance Service (PLFS), located at 2691 East Oakland Park, Blvd., Suite 300, Fort Lauderdale, Florida, held itself out to be engaged in financing and leasing of commercial equipment and represented that it had millions of dollars to lend.

2.     On or about January 11, 1994, PLFS was formed as a Florida for-profit corporation

with Paul Parker listed as director, defendant ROBERT W. PARKER listed as president and defendant GARY N. PARKER listed as secretary and treasurer. On or about September 21, 2001, the corporation was dissolved. However, PLFS continued operating under the PLFS name.

3.      The term "commercial lease funding" is defined as a business transaction that involves the financing or refinancing for the acquisition or lease of commercial equipment.

## COUNT ONE
(Conspiracy: 18 U.S.C. § 371)

4.      From in or about 1999, the exact date being unknown to the Grand Jury, and continuing to up and through the date of this Indictment, at Broward County, in the Southern District of Florida and elsewhere, the defendants,

**ROBERT W. PARKER,**
**a/k/a Bob Parker,**
**GARY N. PARKER,**
**HOPE K. ROCILLO,**
**a/k/a Hope Wiseman,  and**
**EDWARD J. ANNIS,**
**a/k/a Jason Annis,**

did knowingly and willfully combine, conspire and confederate and agree with each other and with persons known and unknown to the Grand Jury to commit offenses against the United States, that is,

(a)      to knowingly and willfully devise a scheme and artifice to defraud and to obtain money and property from others by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice and attempting to do so, to place and cause to be placed, in a post office and authorized depository for mail matter, certain matters and things, to be delivered by the U.S. Postal

2

Service, and to deposit and cause to be deposited certain matters and things, to be sent and delivered by a private and commercial interstate carrier, in violation of Title 18, United States Code, Section 1341; and

(b)      to knowingly and willfully devise a scheme and artifice to defraud and to obtain money and property from others by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and attempting to do so, to transmit and cause to be transmitted by means of wire communication in interstate commerce, certain writings, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

## OBJECT OF THE CONSPIRACY

The object of the conspiracy that the defendants sought to accomplish included the following:

5.      The defendants and their co-conspirators sought to unlawfully enrich themselves by making material misrepresentations to victims and  fraudulently inducing them to apply for commercial lease funding.  As a condition precedent to receiving the commercial lease funding, the defendants and their co-conspirators caused the victims to send advanced lease payments. Ultimately, the defendants failed to deliver on the promised funding and refused to return the victims' advanced lease payments.  In this manner, the defendants and their co-conspirators unlawfully received in excess of $4 million from their victims from 1999 through 2005.

## MANNER AND MEANS OF CONSPIRACY

The manner and means by which the defendants and the co-conspirators sought to accomplish the object of the conspiracy included, among other things, the following:

3

6.      Defendants caused PLFS to place classified advertisements in the <u>U.S.A. Today</u> newspaper stating "$$$ Capital Available Equip Lease/Operating Capital/ Lease-Back/Min $1 Million Parker Leasing & Financing "Financing Business Activities Around the Globe" Est. 1968 Ph: 954-565-7600 Fax:954-565-7601."

7.      Defendants caused PLFS to mail promotional material and applications to various commercial lease funding applicants who were referred to PLFS by brokers and who contacted PLFS in response to PLFS advertising.

8.      Defendants caused International Quality Consultants, Inc., (IQC), to inspect applicants' properties in order to induce applicants to provide the requested substantial advanced payments to PLFS.

9.      Defendants induced applicants to enter into commercial lease funding arrangements that required the applicants to make substantial advanced payments to PLFS in exchange for the promised commercial lease funding.

10.      Defendants caused PLFS and its employees and the commercial lease applicants to send documents through the United States Postal Service, commercial interstate carriers and through interstate wire communications regarding the applicants' lease application.

11.      Defendants caused commercial lease applicants to send interstate wire transfers of funds representing the advanced lease payments to a PLFS bank account at Security Bank. Defendants also caused commercial lease applicants to send checks, representing advanced lease payments, through the United States Mail and commercial interstate carriers to the PLFS office in Fort Lauderdale, Florida.

4

12.     Defendants fraudulently induced commercial lease funding applicants to pay advance lease payments as a prerequisite for obtaining lease financing from PLFS when the defendants then and there well knew that the promised lease financing would not be forthcoming.

## OVERT ACTS

In furtherance of the conspiracy and to effect its object, at least one of the co-conspirators committed and caused to be committed in the Southern District of Florida and elsewhere, at least one of the overt acts listed below:

13.     Counts 2 through 33 of this Indictment are adopted and realleged in their entirety as overt acts committed in furtherance of the conspiracy.

All in violation of Title 18, United States Code, Section 371.

## COUNTS TWO THROUGH THIRTY-ONE
(Wire Fraud: 18 U.S.C. § 1343)

14.     Paragraphs 1 through 12 of this Indictment are realleged as if fully set forth herein.

15.     On or about the dates set forth below, in Broward County, in the Southern District of Florida and elsewhere, the defendants,

**ROBERT W. PARKER,**
**a/k/a Bob Parker,**
**GARY N. PARKER,**
**HOPE K. ROCILLO,**
**a/k/a Hope Wiseman and**
**EDWARD J. ANNIS,**
**a/k/a Jason Annis,**

knowingly and willfully devised a scheme and artifice to defraud and to obtain money and property from others by means of materially false and fraudulent pretenses, representations, and promises, to wit, the defendants fraudulently induced commercial lease funding applicants to pay advance lease

5

payments as a prerequisite for obtaining lease financing from PLFS when the defendants then and there well knew that the promised lease financing would not be forthcoming, and for the purpose of executing such scheme and attempting to do so, transmitted and cause to be transmitted by means of wire communication in interstate commerce, writings, signals, pictures and sounds, as specified below:

| COUNT | APPROXIMATE DATE OF WIRE | DESCRIPTION OF WIRE COMMUNICATION |
|---|---|---|
| 2. | September 10, 2001 | Wire transfer in the amount of $40,000 from P.R.B.P's account in Cincinnati, OH, to PLFS account #23354470006 at Security Bank, Fort Lauderdale, FL |
| 3. | December 10, 2001 | Wire transfer in the amount of $50,000 from M.S.'s account in Olympia, Washington, to PLFS account #2354470006 at Security Bank, Fort Lauderdale, FL |
| 4. | December 28, 2001 | Wire transfer in the amount of $110,000 from P.R.B.P's account in Cincinnati, OH, to PLFS account #23354470006 at Security Bank, Fort Lauderdale, FL |
| 5. | December 31, 2001 | Wire transfer in the amount of $200,000 from M.S's account in Olympia, Washington, to PLFS account #23354470006 at Security Bank, Fort Lauderdale |
| 6. | January 2, 2002 | Wire transfer in the amount of $100,000 from P.R.B.P's account in Cincinnati, OH, to PLFS account #23354470006 at Security Bank, Fort Lauderdale, FL |
| 7. | March 19, 2003 | Facsimile of letter, commercial lease proposal and application for lease financing from PLFS, Fort Lauderdale, Florida to B.R.M, President, BioLife, Inc., Birmingham, Alabama |
| 8. | April 7, 2003 | Facsimile of corporate resolution, signed application for lease financing, and signed copy of lease from BioLife, Inc., Birmingham, Alabama, to PLFS, Fort Lauderdale, Florida |
| 9. | April 16, 2003 | Facsimile of letter with wire transfer instructions from PLFS, Fort Lauderdale, Florida, to B.R.M., President, BioLife, Inc., Birmingham, Alabama |
| 10. | April 17, 2003 | Wire transfer in the amount of $17,600 sent from Christian & Small, LLP, escrow account at Bank One, Birmingham, Alabama to PFLS account at Security Bank, Fort Lauderdale, Florida |

6

| COUNT | APPROXIMATE DATE OF WIRE | DESCRIPTION OF WIRE COMMUNICATION |
|---|---|---|
| 11. | June 18, 2003 | Facsimile of commercial lease agreement from PLFS, Fort Lauderdale, Florida, to Marquee Cinemas, Inc., Beckley, West Virginia |
| 12. | July 2, 2003 | Facsimile of commercial lease agreement sent from PLFS, Fort Lauderdale, Florida, to Marquee Cinemas, Inc., Beckley, West Virginia |
| 13. | July 7, 2003 | Wire transfer in the amount of $111,176.00 sent from Marquee Cinema, Inc.'s operating account at United Bank, Charleston, West Virginia, to PFLS account at Security Bank, Fort Lauderdale, Florida |
| 14. | November 17, 2003 | Facsimile of letter regarding detailed information concerning financing needs from PLFS, Fort Lauderdale, Florida, to W.S., Rome, Georgia |
| 15. | January 14, 2004 | Facsimile of letter regarding commercial lease agreement from PLFS, Fort Lauderdale, Florida, to W.S., President/CEO, Northwest Entertainment Group, LLC, Rome, Georgia |
| 16. | January 22, 2004 | Facsimile of letter regarding wire transfer instructions for commercial lease agreement from PLFS, Fort Lauderdale, Florida, to W.S., President/CEO, Northwest Entertainment Group, LLC, Rome, Georgia |
| 17. | January 26, 2004 | Facsimile of handwritten letter dated January 26, 2004, from PLFS, Fort Lauderdale, Florida, to W.S., Rome, Georgia |
| 18. | January 29, 2004 | Wire transfer in the amount of $258,615 sent from Northwest Entertainment Group LLC's account at Columbus Bank and Trust, Columbus Georgia, to PFLS account at Security Bank, Fort Lauderdale, Florida |
| 19. | May 10, 2004 | Facsimile of letter dated May 10, 2004, from PLFS, Fort Lauderdale, Florida, to W.S., Northwest, LLC, Rome, Georgia |
| 20. | October 19, 2004 | Facsimile of letter regarding Northwest Entertainment Group, LLC, to R.J.S., Chamblee, Georgia, from PLFS, Fort Lauderdale, Florida |
| 21. | January 5, 2005 | Facsimile of letter regarding commercial lease agreement from PLFS, Fort Lauderdale, Florida, to B.M., M&M Forest Products, Inc., McDowell, Virginia |
| 22. | January 10, 2005 | Facsimile of letter dated January 10, 2005, regarding LTA Group, LLC, from PLFS, Fort Lauderdale, Florida, to A.N., Lutherville, MD |
| 23. | January 18, 2005 | Facsimile of commercial lease agreement from PLFS, Fort Lauderdale, Florida, to LTA Group, LLC, Centreville, Michigan |

7

| COUNT | APPROXIMATE DATE OF WIRE | DESCRIPTION OF WIRE COMMUNICATION |
|---|---|---|
| 24. | January 25, 2005 | Facsimile of bank wiring instructions from PLFS, Fort Lauderdale, Florida, to B.S.S., LTA Group, LLC, Centreville, MI |
| 25. | January 26, 2005 | Wire transfer in the amount of $24,000 from M&M Forest Products, Inc., account at Blue Grass Valley Bank, Blue Grass, Virginia, to PLFS account at Security Bank, Fort Lauderdale, Florida |
| 26. | January 26, 2005 | Wire transfer in the amount of $28,108 from D. T.'s JP Morgan account in Kalazamoo, MI, to PLFS account at Security Bank, Fort Lauderdale, Florida |
| 27. | January 27, 2005 | Wire transfer in the amount of $45,000 from Fidelity Investments account, Ann Arbor, Michigan, to PLFS account at Security Bank, Fort Lauderdale, Florida |
| 28. | February 17, 2005 | Facsimile of commercial lease agreement from PLFS, Fort Lauderdale, Florida, to Hydro Engineering Group, Inc., West Wareham, Massachusetts |
| 29. | February 22, 2005 | Facsimile of letter dated February 22, 2005, regarding commercial lease agreement transmitted from PLFS, Fort Lauderdale, Florida, to A.S. Hydro Engineering Group, LLC, West Wareham, Massachusetts |
| 30. | March 3, 2005 | Facsimile of letter dated March 2, 2005, regarding amendment to commercial lease agreement from PLFS, Fort Lauderdale, Florida to A.S., Hydro Engineering Group, Inc., West Wareham, Massachusetts |
| 31. | March 29, 2005 | Wire transfer in the amount of $87,960 from Hydro Engineering Group, Inc., account at Bank of America, West Wareham, Massachusetts to PLFS account at Security Bank, Fort Lauderdale, Florida |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNTS THIRTY-TWO THROUGH THIRTY-THREE
### (Mail Fraud: 18 U.S.C. § 1341 and 2)

16.     Paragraphs 1 through 12 of this indictment are realleged as if fully set forth herein.

17.     On or about the dates set forth below, in Broward County, in the Southern District of Florida and elsewhere, the defendants,

8

**ROBERT W. PARKER,**
**a/k/a Bob Parker,**
**GARY N. PARKER,**
**HOPE K. ROCILLO,**
**a/k/a Hope Wiseman, and**
**EDWARD ANNIS, a/k/a**
**Jason Annis,**

knowingly and willfully devised a scheme and artifice to defraud and to obtain money and property

from others by means of materially false and fraudulent pretenses, representations and promises, to

wit, the defendants fraudulently induced commercial lease funding applicants to pay advance lease

payments as a prerequisite for obtaining lease financing from PLFS when the defendants then and

there well knew that the promised lease financing would not be forthcoming, and for the purpose

of executing such scheme and artifice and attempting to do so, placed and caused to be placed, in

a post office and authorized depository for mail matter, certain matters and things, to be delivered

by the U.S. Postal Service, and deposited and caused to be deposited certain matters and things, to

be sent and delivered by a private and commercial interstate carrier, as specified below:

| COUNTS | APPROXIMATE DATE OF MAILING | DESCRIPTION OF MAILING |
|--------|------------------------------|------------------------|
| 32. | June 19, 2003 | Checks in the amount of $74,279.10 and $50,399 sent via United Parcel Service, a commercial interstate carrier, from Marquee Cinemas, Inc., Beckley, West Virginia, to PLFS, 2691 East Oakland Park, Blvd., Suite 300, Fort Lauderdale, Florida |
| 33. | January 19, 2005 | Commercial lease agreement sent via United Parcels Service, a commercial interstate carrier, from J.M., American Energy Exchange to Paul Parker, Parker Leasing & Financing Services, #300, 2691 East Oakland Park Blvd., Fort Lauderdale, Florida |

All in violation of Title 18, United States Code, Sections 1341 and 2.

9

## COUNT THIRTY-FOUR
### (Money Laundering Conspiracy: 18 U.S.C. § 1956(h))

18.    The allegations in paragraphs 1 through 12 of this Indictment are realleged as if fully set forth herein.

19.    In or about 1999, the exact date being unknown to the grand jury, and continuing through at least the date of this Indictment, in the Southern District of Florida and elsewhere, defendants,

**ROBERT W. PARKER,**
**a/k/a Bob Parker,**
**GARY N. PARKER,**
**HOPE K. ROCILLO,**
**a/k/a Hope Wiseman, and**
**EDWARD J. ANNIS,**
**a/k/a Jason Annis,**

knowingly conspired and agreed with each other and others to: knowingly conduct and attempt to conduct financial transactions, as set forth in Counts 35 through 46 of this Indictment, which transactions affected interstate commerce, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, the financial transactions, in fact, representing the proceeds of specified unlawful activity, to wit, wire fraud, in violation of Title 18, United States Code, Section 1343, as alleged in Counts 2 through 31 of this Indictment, and mail fraud, in violation of Title 18, United States Code, Section 1341, as alleged in Counts 32 and 33 of this Indictment, and with the intent to promote the carrying on of such specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i) and 2.

10

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 35 THROUGH 46
### (Money Laundering: 18 U.S.C. § 1956(a)(1)(A)(i))

20.     The allegations in paragraphs 1 through 12 of this Indictment are realleged as if fully set forth herein.

21.     On or about the dates specified below, at Broward County, in the Southern District of Florida and elsewhere, the defendants, as enumerated to each count below, did knowingly conduct and attempt to conduct the financial transactions set forth below, which transactions affected interstate commerce, and which transactions involved the proceeds of specified unlawful activity, that is, wire fraud, in violation of Title 18, United States Code, Section 1343, as alleged in Counts 2 through 31 of this Indictment, and mail fraud, as alleged in Counts 32 and 33 of this Indictment, in violation of Title 18, United States Code, Section 1341, and with the intent to promote the carrying on of such unlawful activity, and while conducting and attempting to conduct such financial transactions, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity;

11

| COUNT | DEFENDANT | APPROXIMATE DATE OF FINANCIAL TRANSACTION | DESCRIPTION OF FINANCIAL TRANSACTION |
|---|---|---|---|
| 35. | **Robert W. Parker, a/k/a Bob Parker, Gary N. Parker, and Hope K. Rocillo, a/k/a Hope Wiseman** | June 27, 2001 | Check #1178 drawn on PLFS account #06701501 at Security Bank in the amount of $11,974.35, payable to International Quality Consultants |
| 36. | **Robert W. Parker, a/k/a Bob Parker, Gary N. Parker, and Hope K. Rocillo, a/k/a Hope Wiseman** | June 23, 2001 | Check #1217 drawn on PLFS account #023354470006 at Security Bank in the amount of $4,664.75, payable to International Quality Consultants |
| 37. | **Robert W. Parker, a/k/a Bob Parker, Gary N. Parker, and Hope K. Rocillo, a/k/a Hope Wiseman** | August 23, 2001 | Check #1282 drawn on PLFS account #023354470006 at Security Bank in the amount of $1,510.50, payable to L&R Realty |
| 38. | **Robert W. Parker, a/k/a Bob Parker, Gary N. Parker, and Hope K. Rocillo, a/k/a Hope Wiseman** | November 5, 2001 | Security Bank cashier's check #40279 in the amount of $5,319.95, payable to International Quality Consultants |
| 39. | **Robert W. Parker, a/k/a Bob Parker, Gary N. Parker, and Hope K. Rocillo, a/k/a Hope Wiseman** | July 16, 2002 | Check #1710 drawn on PLFS Security Bank Account #023354470006, payable to International Quality Consultants, Inc., in the amount of $3,712.87 |

12

| COUNT | DEFENDANT | APPROXIMATE DATE OF FINANCIAL TRANSACTION | DESCRIPTION OF FINANCIAL TRANSACTION |
|---|---|---|---|
| 40. | **Robert W. Parker, a/k/a Bob Parker, Gary N. Parker, and Hope K. Rocillo, a/k/a Hope Wiseman** | March 27, 2003 | Washington Mutual Bank official check #455443315 in the amount of $2,520, payable to USA Today |
| 41. | **Robert W. Parker, a/k/a Bob Parker, Gary N. Parker, and Hope K. Rocillo, a/k/a Hope Wiseman** | April 25, 2003 | Regent Bank cashier's check #3481 in the amount of $1,960, payable to USA Today |
| 42. | **Robert W. Parker, a/k/a Bob Parker, Gary N. Parker, and Hope K. Rocillo, a/k/a Hope Wiseman** | May 22, 2003 | Washington Mutual Bank official check #455443956 in the amount of $2,520, payable to USA Today |
| 43. | **Robert W. Parker, a/k/a Bob Parker, Gary N. Parker, and Hope K. Rocillo, a/k/a Hope Wiseman** | July 7, 2003 | Check drawn on PLFS Security Bank account #023354470006 in the amount of $474, payable to USA Today |
| 44. | **Robert W. Parker, a/k/a Bob Parker, Gary N. Parker, and Hope K. Rocillo, a/k/a Hope Wiseman** | July 22, 2003 | Security Bank cashier's check #45508 in the amount of $2,400, payable to USA Today |

13

| COUNT | DEFENDANT | APPROXIMATE DATE OF FINANCIAL TRANSACTION | DESCRIPTION OF FINANCIAL TRANSACTION |
|-------|-----------|-------------------------------------------|--------------------------------------|
| 45. | **Robert W. Parker, a/k/a Bob Parker, Gary N. Parker,** and **Hope K. Rocillo, a/k/a Hope Wiseman** | November 1, 2004 | Security Bank cashier's check #049103 in the amount of $2,700, payable to USA Today |
| 46. | **Robert W. Parker, a/k/a Bob Parker, Gary N. Parker,** and **Hope K. Rocillo, a/k/a Hope Wiseman** | July 26, 2005 | Security Bank cashier's check #049260 in the amount of $3,000, payable to USA Today |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

## CRIMINAL FORFEITURE
### 18 U.S.C. § 982

22.     The allegations contained in Counts 1 through 46 of this Indictment are realleged and by this reference and fully incorporated herein for the purposes of alleging forfeiture to the United States of America of certain property in which one or more of the defendants has an interest, pursuant to Title 18, United States Code, Section 982(a)(1).

23.     Upon conviction of any violation of Title 18, United States Code, Section 1341, Title 18, United States Code, Section 1343, and/or a conspiracy to violate Title 18, United States Code, Section 1341 and/or one or more Title 18, United States Code, Section 1343, the defendants shall forfeit to the United States, any property, real or personal which constitutes or is derived from proceeds traceable to such violation(s), pursuant to Title 18, United States Code, Section 981(a)(1)(c), as incorporated by Title 28, United States Code, Section 2461(c).

14

24.     Upon conviction of any violation of Title 18, United States Code, Section 1956, the defendants shall forfeit to the United States, any property, real or personal which is involved in such offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

25.     The property subject to forfeiture includes but is not limited to the following:

A.     The sum of at least four million dollars ($4,000,000), $226,966.69 of which is     already in the custody of the United States, as follows:

1.     Approximately $22,912.56 seized on or about September 22, 2005, from account number 4860988951 at Washington Mutual Bank;

2.     Approximately $29,536 seized on or about September 22, 2005, from account number 33200204107 at Regent Bank;

3.     Approximately $100,279.94 seized on or about September 22, 2005, from account number 3354470006 at Security Bank;

4.     Approximately $63,622.55 seized on or about September 22, 2005, from account 47064605 at First Tennessee Bank;

5.     Approximately $10,615.15 seized on or about September 22, 2005, from account 47689070 at First Tennessee Bank;

6.     Residence located at 1424 S.W. 13th Drive, Boca Raton, Florida, more particularly described as Boca Raton Square, No. 67-E 14.95 feet of Lot 17 and Lot 18, Block 72;

7.     Residence located at 295 Sioux Trail, Greeneville, TN 37743, which is more particularly described as Lot 51, Block B, District 9, Subdivision Sequoia Hills.

26.     If the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

1.  Cannot be located upon the exercise of due diligence;

2.  Has been transferred, sold or deposited with a third party;

15

3. Has been place beyond the jurisdiction of the court;

4. Has been substantially diminished in value;

5. Has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by reference by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property of the defendants.

All pursuant to Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853.


FOREPERSON Deputy


R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY


THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY


GREGORY R. BOCKIN
TRIAL ATTORNEY, DEPARTMENT OF JUSTICE
TAX DIVISION

16

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

CASE NO. _____

ROBERT W. PARKER,
a/k/a Bob Parker, et al.,
                    **Defendants.**
_____/

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

New Defendant(s)              Yes _____  No _____
Number of New Defendants      _____
Total number of counts        _____

**Court Division:** (Select One)

_____ Miami    _____ Key West
__X__ FTL        _____ WPB    _____ FTP

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:    (Yes or No)        ____No____
      List language and/or dialect

4.    This case will take __11-20__    days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
      (Check only one)                                    (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _____ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | __X__ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | __X__ |
| V | 61 days and over | _____ | | |

6.    Has this case been previously filed in this District Court?  (Yes or No)        No
      If yes:
      Judge: _____        Case No. _____
      (Attach copy of dispositive order)
      Has a complaint been filed in this matter?    (Yes or No)    __Yes__
      If yes:
      Magistrate Case No.'s        _05-4770-BSS through 05-4774-BSS_
      Related Miscellaneous numbers: _____
      Defendant(s) in federal custody as of _____
      Defendant(s) in state custody as of _____
      Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No)    __No__

7.    Does this case originate from a matter pending in the U.S. Attorney's Office prior to
      April 1, 2003?    _____ Yes    __X__ No

8.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to
      April 1, 1999?    _____ Yes    __X__ No
      If yes, was it pending in the Central Region?    _____ Yes    _____ No

9.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to
      October 14, 2003?    _____ Yes    __X__ No

10.   Does this case originate from a matter pending in the Narcotics Section (Miami) prior to
      May 18, 2003?    _____ Yes    __X__ No

                                        _____
                                        Thomas P. Lanigan
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court Bar No. A5500033

*Penalty Sheet(s) attached

REV.1/14/04

## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

**Defendant's Name:** **ROBERT W. PARKER, a/k/a Bob Parker**

**Case No**: _____

Counts  #: 1

  Conspiracy

  Title 18 U.S.C. § 371

**\* Max.Penalty**: 5 years' imprisonment; $250,000 fine and 3 years' supervised release

Count  #: 2 – 31

 Wire Fraud

 Title 18 U.S.C.  § 1343

**\*Max. Penalty:** 20 years' imprisonment; $250,000 fine  and 3 years' supervised release

Counts  #: 32 – 33

Mail Fraud

Title 18 U.S.C.  §§1341 and 2

**\*Max. Penalty:** 20 years' imprisonment; $250,000 fine and 3 years' supervised release

Count  # : 34

Money Laundering Conspiracy

Title 18 U.S.C.  § 1956(h)

**\*Max. Penalty:** 20 years' imprisonment; $500,000 fine or two times the value of the property involved in transaction, and 3 years' supervised release

Counts  #: 35 – 46

Money Laundering

Title 18 U.S.C.  §§1956(a)(1)(B)(i)

**\*Max. Penalty:** 20 years' imprisonment; $500,000 fine or two times the value of the property involved in transaction, and 3 years' supervised release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

**Defendant's Name:  GARY N. PARKER,**

Case No: _____

Counts #: 1

 Conspiracy

 Title 18 U.S.C. § 371

**\* Max.Penalty**: 5 years' imprisonment; $250,000 fine and 3 years' supervised release

Count #: 2 – 31

 Wire Fraud

 Title 18 U.S.C. § 1343

**\*Max. Penalty:** 20 years' imprisonment; $250,000 fine and 3 years' supervised release

Counts #: 32 – 33

Mail Fraud

Title 18 U.S.C. §§1341 and 2

**\*Max. Penalty:** 20 years' imprisonment; $250,000 fine and 3 years' supervised release

Count # : 34

Money Laundering Conspiracy

Title 18 U.S.C. § 1956(h)

**\*Max. Penalty:** 20 years' imprisonment; $500,000 fine or two times the value of the property involved in transaction, and 3 years' supervised release

Counts #: 35 – 46

Money Laundering

Title 18 U.S.C. §§1956(a)(1)(B)(i)

**\*Max. Penalty:** 20 years' imprisonment; $500,000 fine or two times the value of the property involved in transaction, and 3 years' supervised release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

**Defendant's Name:** **HOPE K. ROCILLO, a/k/a Hope Wiseman**

**Case No:**

Counts #: 1

Conspiracy

Title 18 U.S.C. § 371

**\* Max.Penalty**: 5 years' imprisonment; $250,000 fine and 3 years' supervised release

Count #: 2 – 31

Wire Fraud

Title 18 U.S.C. § 1343

**\*Max. Penalty:** 20 years' imprisonment; $250,000 fine and 3 years' supervised release

Counts #: 32 – 33

Mail Fraud

Title 18 U.S.C. §§1341 and 2

**\*Max. Penalty:** 20 years' imprisonment; $250,000 fine and 3 years' supervised release

Count # : 34

Money Laundering Conspiracy

Title 18 U.S.C. § 1956(h)

**\*Max. Penalty:** 20 years' imprisonment; $500,000 fine or two times the value of the property involved in transaction, and 3 years' supervised release

Counts #: 35 – 46

Money Laundering

Title 18 U.S.C. §§1956(a)(1)(B)(i)

**\*Max. Penalty:** 20 years' imprisonment; $500,000 fine or two times the value of the property involved in transaction, and 3 years' supervised release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,**

## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

**Defendant's Name:   EDWARD J. ANNIS, a/k/a Jason Annis**

Case No: _____

Counts #: 1

  Conspiracy

  Title 18 U.S.C. § 371

**\* Max.Penalty**: 5 years' imprisonment; $250,000 fine and 3 years' supervised release

Count #: 2 – 31

 Wire Fraud

 Title 18 U.S.C.  § 1343

**\*Max. Penalty:** 20 years' imprisonment; $250,000 fine  and 3 years' supervised release

Counts #: 32 – 33

Mail Fraud

Title 18 U.S.C.  §§1341 and 2

**\*Max. Penalty:**  20 years' imprisonment; $250,000 fine and 3 years' supervised release

Count # : 34

Money Laundering Conspiracy

Title 18 U.S.C.  § 1956(h)

**\*Max. Penalty:** 20 years' imprisonment; $500,000 fine or two times the value of the property involved in transaction, and 3 years' supervised release

Count #:

_____

**\*Max. Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

# VICTIM LIST REPORTING FORM

**AUSA: <u>Thomas P. Lanigan</u>**

1.    **CASE: United States v. Robert W. Parker, et al.**

2.    **USAO NUMBER:2003R01158**

3.    **SHORT DESCRIPTION OF CHARGES:**

    **Money Laundering Conspiracy and Wire and Mail Fraud**

4.    **Number of Victims:   Persons <u>20</u> Banks/Corps: <u>6</u>**

**A Victim List must accompany the indictment in any case in which a person or entity has suffered a financial loss or personal injury, as well as in the following "mandatory restitution" cases  [ Title 18, U.S.C. 3664(d)]:**

    Crimes of Violence
    Sexual Abuse
    Sexual Exploitation and Other Abuse of Children
    Domestic Violence
    Telemarketing Fraud
    Property Crimes under Title 18, including fraud & deceit
    Consumer Product Tampering

    **Provide the following information as to each victim:**

1.    Curtis McCall
        Marquee Cinema
        552 Raglano Rd.
        Beckley, WV 25801-9727
        Tel: (304) 255-4030

2.    PRB Power PVT. LTD India
        P.R. Brijendra Prasad
        513 Amberwood Circle
        Nashville, TN 37221

3.    BioLife
        Bennett R. McLawhorn
        759 Valey Street
        Birmingham, AL 35226
        Tel: (205) 823-6180

4.    Northwest Entertainment Group
        Wayne Stewart
        2 Bobby Jones Court
        Rome, GA 30165
        Tel: (706) 409-1900

5.  M & M Forest Products, Inc.
    Bobby McDowell
    P.O. Box 3
    McDowell, VA 24458

6.  LTA Group
    Brian Smith
    P.O. Box 159
    Centreville, MI 49032

7.  Hydro Engineering Group, Inc.
    Art Shilling
    11 Patterson Brook Rd.
    P.O. Box 160
    West Wareham Industrial Park
    West Wareham, MA 02576

8.  Tirol Milch Innsbrook

9.  Agropex SA

10. Heritage Bank

11. Agropex Handels-GMBH

12. Eduardo Quintana

13. Script Fast, Inc.

14. Agrocenter Europe Corp.

15. Lavender, LLC

16. Mahdru Souri, MD

17. Scott Cochran

18. Dondo, Inc.

19. Eric W. Sudol

20. Great Lakes Trading

21. Cryonic Institute of Information
    Technology, LTD

22. Peter Oja

23. Tims Aircon/Refrig, LTD

24. Milton Mupfumira

25. Rapid Glamour, LLC

USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida
### MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number: **06-60130-CR-MORENO** |
| GARY N. PARKER | USM Number: 76593-098 |

Counsel For Defendant: Gregory Prebish
Counsel For The United States: Mitchell Bober/Thomas Lanigan
Court Reporter: Tammy Nestor

_____

The defendant was found guilty on Counts 1-24; 28; 31-34; 36; 38; 39-51 of the Indictment.
The defendant is adjudicated guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 18 U.S.C.  § 371 | Conspiracy to commit mail and wire fraud | 1999-2006 | ONE |
| 18 U.S.C. § 1343 | Wire fraud | June 28, 2001 | THREE |
| 18 U.S.C. § 1343 | Wire fraud | June 2001-March 2005 | 2;4-19;21-24;28;31-34 |
| 18 U.S.C. § 1343 | Wire fraud | January 29, 2004 | 20 |
| 18 U.S.C. § 1341 | Mail fraud | June 19, 2003 | 36 |
| 18 U.S.C.  § 1956(h) | Conspiracy to commit money laundering | 1999 | 38 |
| 18 U.S.C. § 1956(A)(1)(a)(I) | Money laundering | June 2001 - July 2005 | 39-50 |
| 18 U.S.C.  § 371 | Conspiracy to impede the Internal Revenue Service | 1999 | 51 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

ALL remaining Counts are dismissed on the motion of the United States.



USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

Date of Imposition of Sentence:
July 19, 2007


_____
FEDERICO A. MORENO
United States District Judge

July _____19_____, 2007

USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

DEFENDANT: GARY N. PARKER
CASE NUMBER: 06-60130-CR-MORENO

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **240 Months**. [60 months on Counts 1,51 (all counts to run concurrent]; 240 months on Counts 2-24,28,31-34,36,38-50(all counts to run concurrent) - 240-month sentence to run concurrent to 60- month sentence.

The Court makes the following recommendations to the Bureau of Prisons:

Near TENNESSEE

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

DEFENDANT: GARY N. PARKER
CASE NUMBER: 06-60130-CR-MORENO

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **THREE years** (concurrent)

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. the defendant shall not leave the judicial district without the permission of the court or probation officer;
2. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. the defendant shall support his or her dependents and meet other family responsibilities;
5. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. the defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;
7. the defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11. the defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;
12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.



USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

DEFENDANT: GARY N. PARKER
CASE NUMBER: 06-60130-CR-MORENO

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

**No additional conditions of supervised release were imposed.**



USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

DEFENDANT: GARY N. PARKER
CASE NUMBER: 06-60130-CR-MORENO

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $4,400 | $ | $1,824,137 |

Restitution with Imprisonment -
It is further ordered that the defendant shall pay restitution in the amount of $        .  During the period of incarceration, payment shall be made as follows: (1) if the defendant earns wages in a Federal Prison Industries (UNICOR) job, then the defendant must pay 50% of wages earned toward the financial obligations imposed by this Judgment in a Criminal Case; (2) if the defendant does not work in a UNICOR job, then the defendant must pay $25.00 per quarter toward the financial obligations imposed in this order.

Upon release of incarceration, the defendant shall pay restitution at the rate of 10% of monthly gross earnings, until such time as the court may alter that payment schedule in the interests of justice.  The U.S. Bureau of Prisons, U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.  These payments do not preclude the government from using other assets or income of the defendant to satisfy the restitution obligations.

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.



USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

DEFENDANT: GARY N. PARKER
CASE NUMBER: 06-60130-CR-MORENO

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

    A. Lump sum payment of **$4400** due immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

The assessment/fine/restitution is payable to the CLERK, UNITED STATES COURTS and is to be addressed to:

    **U.S. CLERK'S OFFICE**
    **ATTN: FINANCIAL SECTION**
    **301 N. MIAMI AVENUE, ROOM 150**
    **MIAMI, FLORIDA 33128**

The assessment/fine/restitution is payable immediately. The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.

The defendant shall forfeit the defendant's interest in the following property to the United States:

## See PRELIMINARY ORDER OF FORFEITURE

The defendant's right, title and interest to the property identified in the preliminary order of forfeiture, which has been entered by the Court and is incorporated by reference herein, is hereby forfeited.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.



PROB 12B
(SD/FL 1/21)

SD/FL PACTS No.  88699

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:  06-60130-CR-MORENO

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Gary N. Parker

Name of Sentencing Judicial Officer: The Honorable Federico A. Moreno, United States District Judge, Miami, Florida

Date of Original Sentence: July 19, 2007

Original Offense:     Count 1: Conspiracy to commit mail and wire fraud, in violation of Title 18, U.S.C. § 371, a Class D felony.

Count 3: Wire fraud, in violation of Title 18 U.S.C. § 1343, a Class C felony.

Count 2; 4-19; 21-24; 28; 31-34: Wire fraud, in violation of Title 18 U.S.C. § 1343, a Class C felony.

Count 20: Wire fraud, in violation of Title 18 U.S.C. § 1343, a Class C felony.

Count 36: Wire fraud, in violation of Title 18 U.S.C. § 1343, a Class C felony.

Count 38: Conspiracy to commit money laundering, in violation of Title 18 U.S.C. § 1956(h), a Class C felony.

Count 39-50: Money laundering, in violation of Title 18 U.S.C. § 1956(A)(1)(a)(I), a Class C felony.

Count 51: Conspiracy to impede the Internal Revenue Service, in violation of Title 18 U.S.C.§ 371, A Class D felony.

Original Sentence:    Two hundred forty (240) on Count 2-24, 28,31-34,36-38-50, and 60 months to count 1 and 51 to run concurrently; followed by three (3) years of supervised release. A $4,400.00 special assessment and $1,824,137.00 were ordered.

Type of Supervision: Supervised Release     Date Supervision Commenced: May 17, 2023

PROB 12B                                                      SD/FL PACTS No.  88699
(SD/FL 1/21)

## PETITIONING THE COURT

☐      To extend the term of supervision for          _____ years, for a total term of     _____  years.

☒      To modify the conditions of supervision as follows:

**The defendant shall submit his or her person, property, house, vehicle, papers, [computers (as defined by 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office to a search conducted by a United States probation officer or designee. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**

**The defendant shall provide the probation officer with access to any requested financial information.**

**The defendant shall not incur new credit charges on existing accounts or apply for additional lines of credit without permission of the probation officer until the restitution has been paid in full. In addition, the defendant shall not enter into any contractual agreements which obligate funds without the permission of the probation officer.**

## CAUSE

On May 17, 2023, the defendant began his term of Supervised Release in the Eastern District of Tennessee.

According to Katie Walker, United States Probation Officer in the Eastern District of Tennessee, the defendant has established social support with his family and has a stable residence. The defendant has no ties to the Southern District of Florida. As a result, they are requesting Transfer of Jurisdiction to address any potential non-compliant behavior in an expedited manner.

As part of the Transfer of Jurisdiction, they are requesting Your Honor modify the conditions of supervised release to include a search condition, a financial disclosure condition and a no new debt condition. This condition will assist the Eastern District of Tennessee in properly supervising the defendant and lower the probability of recidivism. The defendant was presented with the special conditions and has not objected to the proposed modification. The defendant signed the attached *Waiver of Hearing to Modify Conditions of Supervised Release,* thus agreeing to the modification as stated above.

PROB 12B                                                              SD/FL PACTS No.  88699
(SD/FL 1/21)

**RECOMMENDATION:** It is respectfully recommended Your Honor modify the conditions of supervised release as mentioned above and sign the attached *Transfer of Jurisdiction (*Probation Form 22) to the Eastern District of Tennessee.

Respectfully submitted,

by:   Jason Roberts

Jason Roberts
United States Probation Officer
Office:  305-523-5435
Cellular:  305-742-1253
Date:  June 20, 2023

THE COURT ORDERS:

☐   No Action
☒   The Modification of Conditions as Noted Above
☐   Submit a Request for ☐ Warrant or ☐ Summons

Signature of Judicial Officer

Date:   June 26, 2023